ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06- 50 M - MPT |
| WILLIE BROWN, | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    ___  Crime of violence (18 U.S.C. § 3156)

    _X_  Maximum sentence life imprisonment or death

    _X_  10+ year drug offense

    ___  Felony, with two prior convictions in above categories

    ___  Serious risk defendant will flee

    ___  Serious risk obstruction of justice

2.  **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_  Defendant's appearance as required

    _X_  Safety of any other person and the community

3.  **Rebuttable Presumption**. The United States (**will**, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    _X_  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ___  Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___  At first appearance

    _X_  After continuance of _3_ days (not more than 3).

5.  **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

    1.  At the time the offense was committed the defendant was:

        ___  (a) on release pending trial for a felony;

    __ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    __ (c) on probation or parole for an offense.

2. __ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. __ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 27th____ day of April__, 2006.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

         BY: _/s/ Douglas E. McCann_____
          Douglas E. McCann
          Assistant U. S. Attorney