IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06- 50 |
| WILLIE BROWN, MARK TATMAN, MARTY EATON a/k/a "Dmx", CRAIG DURHAM, JOHN DOE a/k/a "Auk", ASHLEY N. HARRISON a/k/a "Nikki", and BRITTNEY ROBINSON, | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the above-captioned Defendants, pursuant to an Indictment returned against them by the Federal Grand Jury on May 2, 2006.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Douglas E. McCann

Douglas E. McCann
Assistant United States Attorney

Dated: May 2, 2006



FILED

2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AND NOW, this __2__ day of __May__, 2006, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of the above-captioned Defendants.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge

2