IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-50 |
| | : | |
| WILLIE BROWN, MARK TATMAN, | : | |
| MARTY EATON a/k/a "Dmx", | : | |
| CRAIG DURHAM, | : | |
| JOHN DOE a/k/a "Auk", ASHLEY N. | : | |
| HARRISON a/k/a "Nikki", and | : | |
| BRITTNEY ROBINSON, | : | |
| | : | |
| Defendants. | : | |

**MOTION AND ORDER TO PARTIALLY UNSEAL**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to partially unseal the Indictment in this case so that it may be provided to counsel for the Defendants.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: May 10, 2006

AND NOW this <u>10th</u> day of May, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Indictment in the above-captioned case be **UNSEALED** for the limited purpose of providing it to counsel for the Defendants.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge