

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 10, 2006

**VIA Hand Delivery**

Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Wilmington, DE 19801

    Re:   **United States v. Willie Brown**
            **Crim. No. 06-50 (GMS)**

Dear Judge Sleet:

    The government has no objection to an extension of time for Defendant Brown to file pre-trial motions, provided such time is excluded under the Speedy Trial Act.

                  Very truly yours,

                  COLM F. CONNOLLY
                  United States Attorney

BY:    */s/ Douglas E. McCann*
            Douglas E. McCann
            Assistant United States Attorney