# LTS, P.C.

Louis T. Savino, P.C.

**Attorneys at Law**
Louis T. Savino, Jr.

Suite 1516
Two Penn Center Plaza
15th & JFK Boulevard
Philadelphia, PA 19102
215.568.1300
Fax 215.568.1995

August 1, 2006

Honorable Gregory M. Sleet
United States District Judge
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    *United States of America vs. Willie Brown*
            No. 06-50-1 (GMS)

Dear Judge Sleet:

    Please be advised that I have been appointed to represent the above defendant in the above criminal matter. I am in receipt of a copy of my client's letter indicating that I have not visited him at the jail and that he wishes new counsel. Kindly note that I have visited Mr. Brown on Sunday, July 23, 2006 at the Salem County, New Jersey Correctional Facility and discussed his case with him at length and provided him with a copy of all discovery not subject to a protective order. I therefore believe that Mr. Brown's concerns have been resolved.

    Additionally, more time is respectfully requested to file pre-trial motions which are due on July 31, 2006. The discovery in this case is quite voluminous and I have not completed any review at this time.

    Any courtesies that can be extended will be greatly appreciated. Thank you in advance for Your Honor's courtesy and kind attention to the within matter.

Respectfully submitted,

ELLIOT M. COHEN

EMC:ji
cc:    Mr. Willie Brown
       Salem County Correctional Facility
       125 Cemetary Road
       Woodstown, NJ 08098

       Douglas McCann, Esquire (AUSA)
       1201 Market Street
       Suite 1100
       P.O. Box 2046
       Wilmington, Delaware 19899