IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.                                      : Criminal No. 06-50-1 GMS

WILLIE BROWN, et al.

### ORDER TO EXCLUDE TIME

Pretrial motions regarding the above-captioned defendant were due on July 31, 2006. Counsel for the defendant filed a letter motion for extension of time to file his pretrial motions. The government responded that it does not oppose this request. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED that:

1. The defendant's motion for extension of time to file pretrial motions is GRANTED;

2. The defendant will have until September 25, 2006, within which to file his pretrial motions; and

3. The time period between the date of this Order and September 25, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

*[signature]*
UNITED STATES DISTRICT JUDGE

August __10__, 2006