IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

        v.                        : Criminal No. 06-50 GMS

                                  :

WILLIE BROWN, et al.

                                  :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephonic scheduling conference regarding the above-

captioned case is scheduled for **Thursday, October 5, 2006, at 11:00 a.m.** before the Honorable

Gregory M. Sleet, United States District Judge.  **Counsel for the government is directed to**

**arrange and initiate the telephone conference.**


                                   /s/ Gregory M. Sleet
                                   UNITED STATES DISTRICT JUDGE


September 28, 2006