AO 442 (Rev. 12/85) Warrant for Arrest



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WILLIE BROWN    REDACTED

**WARRANT FOR ARREST**

06 CR 50-1

CASE NUMBER: 06- 50 M

SEALED   unsealed 7/27/06

To: The United States Marshal
and any Authorized United States Officer

      **YOU ARE HEREBY COMMANDED** to arrest Willie Brown, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  Information  ___ Complaint  _X_ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

distribution of 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, and aiding and abetting the distribution of 50 grams or more of a mixture and substance containing a detectable amount of cocaine base

in violation of Title __21__ United States Code, Section (s) _841(a)(1) and (b)(1)(A) and 18 U.S.C.§2_ .

**Honorable Mary Pat Thynge**
Name of Issuing Officer

Signature of Issuing Officer

**United States Magistrate Judge**
**District of Delaware**
Title of Issuing Officer

_April 26, 2006_    _Wilmington, Delaware_
Date and Location

**Bail fixed at $** _____

by_____
Name of Judicial Officer

**FILED**

JUN 0 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ Willie Brown | |
| DATE RECEIVED<br>4-26-06 | NAME AND TITLE OF ARRESTING OFFICER<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>4-27-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

FID 588947

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:_____Willie Brown_____

ALIAS:_____

LAST KNOWN RESIDENCE:_____    __   _   Dover DE_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: ___    _____    _____

SOCIAL SECURITY NUMBER: _                              _____

HEIGHT: _5'09_____    WEIGHT: __150_____

SEX: _____M_____    RACE: __B_____

HAIR: ____Bl_____    EYES: __Br_____

-

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: __SA Jeff Dunn, DEA_____

_____

_____