IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50 GMS |
| | : |
| WILLIE BROWN, et al. | : |
| | : |

### ORDER

A telephone conference regarding the above-captioned case was held on Friday, November 3, 2006. At the request of all counsel, the court continued the scheduling conference to Friday, December 1, 2006, at 9:00 a.m. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED that:

1. The telephone scheduling conference is hereby continued to Friday, December 1, 2006, at 9:00 a.m. before the Honorable Gregory M. Sleet, United States District Judge; and

2. The time period between the date of this Order and December 1, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

UNITED STATES DISTRICT JUDGE

November __3__, 2006



FILED
NOV - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE