To The Hon. Gregory M. Sleet

This letter is from Willie Brown case no -06-50 (GMS). I just wanted to bring to your attention that I would like to be present in my up coming hearings in my case. I have been doing my research to help myself in my case so I won't feel cheated plus to have a idea of whats going on. I would really appreciate if I could be present. IF you don't mind could you send me a letter to let me know that you got this letter and to let me know what your answer is. I'm housed at 125 Cemetary Rd Woodstown, NJ 08098

Thanks for your time
Willie Brown

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JAN 24  AM 11:07

Billie Brown
RS Cemetery Rd
Woodstown NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

Gregory M. Sleet
844 King St Lockbox 19
Wilmington De 19801

SOUTH JERSEY NJ 080
19 JAN 2007 PM 5 T

2007 JAN 24 AM 11:07
FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE