# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

January 24, 2007

Willie Brown
c/o Salem County Correctional Center
125 Cemetery Road
Woodstown, NJ 08098

      RE:    United States v. Willie Brown, et al.
               Criminal No. 06-50 GMS

Dear Mr. Brown:

      The court has received your letter dated January 24, 2007, regarding your request to be present at all court hearings.

      Please be advised that the next court appearance in your case is the jury trial, which is scheduled to begin on Monday, April 9, 2007, at 9:00 a.m., and for which you will be present in the courtroom.

                                   Very truly yours,

                                   Marie McDavid
                                   Case Manager

cc:    Douglas McCann, AUSA
        Elliot Cohen, Esq.