# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-50-GMS |
| | : | |
| WILLIE BROWN, et al., | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION IN LIMINE

The United States of America, by and through its attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann and Beth Moskow-Schnoll, Assistant United States Attorneys for the District of Delaware, hereby moves in *limine* as follows in regard to two issues:

1. Defendant Willie Brown and Defendant Ashley Harrison are charged with conspiracy to distribute more than fifty grams of cocaine base. Defendant Willie Brown is also charged with four substantive distributions of more than fifty grams of cocaine base.

## Issue – Defendant Willie Brown's Prior Convictions

2. Defendant Brown's criminal history indicates that he has been convicted of a felony involving dishonesty, and a misdemeanor involving dishonesty. The felony is a November 30, 2004, conviction for Forgery 2nd Degree in violation of 11 Del. C. § 861 in the Superior Court of Delaware in and for Kent County. The misdemeanor is also a November 30, 2004, conviction for Criminal Impersonation to Obtain Benefit or Defraud in violation of 11 Del. C. § 907 in the Superior Court of Delaware in and for Kent County.

3. The defendant may testify at trial. Should he do so, the Government would seek to

impeach his testimony with these convictions.

4. The felony Forgery 2nd conviction is admissible under Federal Rule of Evidence 609(a) – under Rule (a)(1) as a discretionary matter, since the conviction is for a felony, and under Rule (a)(2) as of right, since the conviction "involved dishonesty." Fed. R. Evid. 609(a). *See United States v. Wong*, 703 F.2d 65 (3d Cir. 1983) (district court has no discretion not to admit 609(a)(2) conviction against defendant if he testifies). The misdemeanor Criminal Impersonation conviction is admissible as of right under Fed. R. Evid. 609(a)(2).

**Issue – Authenticity of Business Records**

5. The Government has subpoenaed various records for trial from Cingular Wireless, Cellco Partnership, Avis Rent-a-Car, Delaware State Housing Authority, and Virgin Mobile. The government expects to receive, with the records, certificates attesting to the business records foundation for the records. *See* Fed. R. Evid. 803(6). The government will provide the records and the signed certificates to defense counsel as soon as it receives them. The certificates are in the form provided for by Federal Rule of Evidence 902(11). The subpoenas and the unsigned certificates are attached hereto as Ex. A. Thus, the Government respectfully submits, subject to it obtaining the executed certificates and the accompanying records and turning them over to defense counsel, the foundation for the admission of these records is met. *See generally United States v. LaGuerre*, 119 Fed. Appx. 458, 2005 WL 23412 (4th Cir. Jan. 6, 2005) (discussing requirements of Rule 902(11)). The Government's interest in addressing this matter pretrial is to streamline the trial and to make sure that the Government has all necessary witnesses at trial. The Government would therefore respectfully request a pretrial ruling, pursuant to Fed. R. Evid. 104(a), that the certificates provide an adequate foundation for the admission of telephone records sought by the Cingular Wireless,

Cellco Partnership, and Virgin Mobile subpoenas, the housing records sought by the Delaware State

Housing Authority subpoena, and the car rental records sought by the Avis Rent-A-Car subpoena.

6. While the Government doubts that there would be any basis for objecting to these exhibits

on the basis of relevance, the Government does not request that the Court determine that any of these

exhibits are relevant. The Government's request is merely that the certificates provide an adequate

foundation to admit the exhibits as business records, without the need to call a custodian of records.

Wherefore, the Government's motion in *limine* should be granted.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    Douglas E. McCann
Beth Moskow-Schnoll
Assistant United States Attorneys

Dated: February 13, 2007

-3-

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-50-GMS |
| | : | |
| WILLIE BROWN, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court having considered the Government's Motion in *Limine*, and the Defendants' responses to the Motion in Limine, and having heard the parties at the Pretrial Conference,

NOW, THEREFORE this ____ day of _____, 2007,

IT IS ORDERED THAT the Government's motion is GRANTED.

_____
Honorable Gregory M. Sleet
United States District Judge

# EXHIBIT A

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WILLIE BROWN ET AL

**SUBPOENA IN A
CRIMINAL CASE**

CASE NUMBER:    06-50-GMS

TO:    Cellco Partnership Dba
       Verizon Wireless
       51 Imclone Drive
       Branchburg, NJ 08876
       FAX: 908-203-5875

TRIAL
(April 9 - 20, 2007)

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| J. Caleb Boggs Federal Building<br>844 King Street, 5th Floor<br>Wilmington, DE 19801 | 4A, 4th Floor |
| | DATE AND TIME<br>April 9, 2007<br>8:30 AM |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

SEE ATTACHMENT A

YOU MAY BE ENTITLED TO REIMBURSEMENT FOR CERTAIN EXPENSES RESULTING FROM YOUR APPEARANCE. PLEASE CONTACT_____ OR
AT (302) 573-6277 OR 1-888-293-8162 UPON RECEIPT OF THIS SUBPOENA TO DETERMINE YOUR SPECIFIC ENTITLEMENTS.

| CLERK OF COURT<br>Peter T. Dalleo | Date |
|---|---|
| (BY) DEPUTY CLERK)<br><br>*Monica Nasley* | January 31, 2007 |

Attorney's Name, Address and Phone Number

Douglas E. McCann, Esquire
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801 (302) 573-6277
Toll Free (888) 293-8162

**ATTACHMENT A**

**VERIZON WIRELESS**
**TRIAL SUBPOENA**
**U.S. v. WILLIE BROWN**

For the period November 1, 2005 through April 30, 2006, all records concerning Verizon Wireless telephone 302-270-9165, including but not limited to the name, street and/or mailing addresses of the customer/subscriber, ESN/IMSI and any other pertinent information as well as incoming and outgoing call detail records from November 1, 2005 to April 30, 2006. If possible, please provide the call detail records on a compact or floppy disk."

In lieu of personal appearance, records may be sent, certified mail, return receipt requested, to Douglas E. McCann, Assistant United States Attorney, Nemours Building, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-50-GMS |
| | : | |
| WILLIE BROWN, ET AL | : | |
| | : | |
| Defendant. | : | |

### <u>CERTIFICATION</u>

1. I am a Subpoena Specialist for <u>Cellco Partnership dba Verizon Wireless</u>.  I am responsible for processing subpoenas for records maintained by Cellco Partnership dba Verizon Wireless and for providing such records to requesting parties.

2. During all relevant and material times concerning the attached records:

      a.    <u>Cellco Partnership dba Verizon Wireless</u> was and is a business <u>which provides wireless telephone services</u>;

      b.    it was and is the regular practice of <u>Cellco Partnership dba Verizon Wireless</u> to make memoranda, reports, records, and data compilations concerning <u>wireless telephone services</u>;

      c.    employees of <u>Cellco Partnership dba Verizon Wireless</u> make and keep these memoranda, reports, records and data compilations in the ordinary course of the regularly conducted business activity of <u>Cellco Partnership dba Verizon Wireless</u>;

      d.    the employees who make these memoranda, reports, records, and data compilations, make these memoranda, reports, records and data

compilations of acts and events: 1) at or near the time the information

contained therein is transmitted to those employees, and 2) from

information transmitted by persons with knowledge of the information;

and

e.     the attached records, consisting of subscriber data and call records are

memoranda, reports, records and data compilations of certain records of

the regularly conducted business activity of <u>Cellco Partnership dba</u>

<u>Verizon Wireless</u>, made and kept as stated in this certification.

I,_____, hereby declare under penalty of perjury that the

foregoing is true and correct.   Executed on the _____ day of _____, 2007.

_____

(Signature)

AO 89 (Rev 11/91) Subpoena in a Criminal Case

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WILLIE BROWN

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: 06-50-GMS

TO:     Cingular Wireless
        PO Box 24679
        West Palm Beach, FL 33416-4679
        FAX: 888-938-4715

TRIAL
(April 9 - 20, 2007)

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| J. Caleb Boggs Federal Building 844 King Street, 5th Floor Wilmington, DE 19801 | 4A, 4th Floor |
| | DATE AND TIME April 9, 2007 8:30 AM |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SEE ATTACHMENT A

YOU MAY BE ENTITLED TO REIMBURSEMENT FOR CERTAIN EXPENSES RESULTING FROM YOUR APPEARANCE. PLEASE CONTACT _____ OR _____ AT (302) 573-6277 OR 1-888-293-8162 UPON RECEIPT OF THIS SUBPOENA TO DETERMINE YOUR SPECIFIC ENTITLEMENTS.

| CLERK OF COURT Peter T. Dalleo | Date |
|---|---|
| (BY DEPUTY CLERK) | January 31, 2007 |

Attorney's Name, Address and Phone Number

Douglas E. McCann, Esquire
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801 (302) 573-6277
Toll Free (888) 293-8162

AO 89 (Rev 11/91) Subpoena in a Criminal Case

**ATTACHMENT A**

**CINGULAR WIRELESS**
**TRIAL SUBPOENA**
**U.S. v. WILLIE BROWN**

For the period November 1, 2005 through April 30, 2006, all records concerning Cingular
Wireless telephone 302-883-1618, including but not limited to the name, street and/or mailing
addresses of the customer/subscriber, ESN/IMSI and any other pertinent information as well as
incoming and outgoing call detail records from November 1, 2005 to April 30, 2006. If possible,
please provide the call detail records on a compact or floppy disk."

In lieu of personal appearance, records may be sent, certified mail, return receipt requested, to
Douglas E. McCann, Assistant United States Attorney, Nemours Building, 1007 Orange Street,
Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-50-GMS |
| | : | |
| WILLIE BROWN, ET AL | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATION

1. I am a Subpoena Specialist for Cingular Wireless. I am responsible for processing subpoenas for records maintained by Cingular Wireless and for providing such records to requesting parties.

2. During all relevant and material times concerning the attached records:

    a.    Cingular Wireless was and is a business which provides wireless telephone services;

    b.    it was and is the regular practice of Cingular Wireless to make memoranda, reports, records, and data compilations concerning wireless telephone services;

    c.    employees of Cingular Wireless make and keep these memoranda, reports, records and data compilations in the ordinary course of the regularly conducted business activity of Cingular Wireless;

    d.    the employees who make these memoranda, reports, records, and data compilations, make these memoranda, reports, records and data compilations of acts and events: 1) at or near the time the information

contained therein is transmitted to those employees, and 2) from

information transmitted by persons with knowledge of the information;

and

e.    the attached records, consisting of subscriber data and call records are

memoranda, reports, records and data compilations of certain records of

the regularly conducted business activity of <u>Cingular Wireless</u>, made and

kept as stated in this certification.

I,_____, hereby declare under penalty of perjury that the

foregoing is true and correct.  Executed on the _____ day of _____, 2007.

_____
(Signature)

AO 89 (Rev 11/91) Subpoena in a Criminal Case

# United States District Court

## DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUBPOENA IN A** |
| v. | **CRIMINAL CASE** |
| WILLIE BROWN, ET AL | **CASE NUMBER:**    06-50-GMS |

TO:    Virgin Mobile

Attn: Shelley Ulyak
10 Independence Blvd.
Warren, NJ 07059
FAX: 908-607-4205

TRIAL
(April 9 - 20, 2007)

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| J. Caleb Boggs Federal Building<br>844 King Street, 5th Floor<br>Wilmington, DE 19801 | 4A, 4th Floor |
| | DATE AND TIME<br>April 9, 2007<br>8:30 AM |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

SEE ATTACHMENT A

YOU MAY BE ENTITLED TO REIMBURSEMENT FOR CERTAIN EXPENSES RESULTING FROM YOUR APPEARANCE. PLEASE CONTACT _____ OR _____ AT (302) 573-6277 OR 1-888-293-8162 UPON RECEIPT OF THIS SUBPOENA TO DETERMINE YOUR SPECIFIC ENTITLEMENTS.

| CLERK OF COURT<br>Peter T. Dalleo | Date |
|---|---|
| (BY DEPUTY CLERK) *Monica Mosley* | February 13, 2007 |

Attorney's Name, Address and Phone Number

Douglas E. McCann, Esquire
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801 (302) 573-6277
Toll Free (888) 293-8162

AO 89 (Rev 11/91) Subpoena in a Criminal Case

## ATTACHMENT A

**VIRGIN MOBILE**
**TRIAL SUBPOENA**
**U.S. v. WILLIE BROWN**

For the period November 1, 2005 through April 30, 2006, all records concerning Virgin Mobile Wireless telephone 302-241-6724, including but not limited to the name, street and/or mailing addresses of the customer/subscriber, ESN/IMSI and any other pertinent information as well as incoming and outgoing call detail records from November 1, 2005 to April 30, 2006. If possible, please provide the call detail records on a compact or floppy disk."

In lieu of personal appearance, records may be sent, certified mail, return receipt requested, to Douglas E. McCann, Assistant United States Attorney, Nemours Building, 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                               :

        Plaintiff,            :
                               :

        v.                  :       Criminal Action No. 06-50-GMS
                               :

WILLIE BROWN, ET AL         :
                               :

        Defendant.          :

## <u>CERTIFICATION</u>

1. I am a Subpoena Specialist for Virgin Mobile.  I am responsible for processing subpoenas for records maintained by Virgin Mobile and for providing such records to requesting parties.

2. During all relevant and material times concerning the attached records:

    a.    Virgin Mobile was and is a business which provides wireless telephone services;

    b.    it was and is the regular practice of Virgin Mobile  to make memoranda, reports, records, and data compilations concerning wireless telephone services;

    c.    employees of  Virgin Mobile make and keep these memoranda, reports, records and data compilations in the ordinary course of the regularly conducted business activity of Virgin Mobile;

    d.    the employees who make these memoranda, reports,  records, and data compilations, make these memoranda, reports, records and data compilations of acts and events: 1) at or near the time the information

contained therein is transmitted to those employees, and 2) from

information transmitted by persons with knowledge of the information;

and

e.     the attached records, consisting of subscriber data and call records are

memoranda, reports, records and data compilations of certain records of

the regularly conducted business activity of <u>Virgin Mobile</u>, made and kept

as stated in this certification.

I,_____, hereby declare under penalty of perjury that the

foregoing is true and correct.   Executed on the ____ day of _____, 2007.

_____
(Signature)

AO 89 (Rev 11/91) Subpoena in a Criminal Case

# United States District Court

## DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **SUBPOENA IN A** |
| v. | **CRIMINAL CASE** |
| WILLIE BROWN ET AL | **CASE NUMBER:**    06-50-GMS |

TO:    Delaware State Housing Authority
      Capitol Green Housing Corporation
      479 River Road
      Dover, DE 19901

TRIAL
(April 9 - 20, 2007)

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| J. Caleb Boggs Federal Building | 4A, 4th Floor |
| 844 King Street, 5th Floor | **DATE AND TIME** |
| Wilmington, DE 19801 | April 9, 2007 |
| | 8:30 AM |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Please provide all records related to the residency of Ashley Nicole Harrison at 461 River Road, Dover, DE 19901.

In lieu of personal appearance, records may be sent, certified mail, return receipt requested, to Douglas E. McCann, Assistant United States Attorney, Nemours Building, 1007 N. Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046.

YOU MAY BE ENTITLED TO REIMBURSEMENT FOR CERTAIN EXPENSES RESULTING FROM YOUR APPEARANCE. PLEASE CONTACT _____ OR AT (302) 573-6277 OR 1-888-293-8162 UPON RECEIPT OF THIS SUBPOENA TO DETERMINE YOUR SPECIFIC ENTITLEMENTS.

| CLERK OF COURT | Date |
|---|---|
| Peter T. Dalleo | |
| (BY) DEPUTY CLERK) | February 5, 2007 |

Attorney's Name, Address and Phone Number

Douglas E. McCann, Esquire
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801 (302) 573-6277
Toll Free (888) 293-8162

AO 89 (Rev 11/91) Subpoena in a Criminal Case

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-50-GMS |
| | : | |
| WILLIE BROWN, ET AL | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATION

1. I am a Subpoena Specialist for <u>Delaware State Housing Authority</u>. I am responsible for processing subpoenas for records maintained by Delaware State Housing Authority and for providing such records to requesting parties.

2. During all relevant and material times concerning the attached records:

    a.    <u>Delaware State Housing Authority</u> was and is a business <u>which provides housing.</u>

    b.    it was and is the regular practice of <u>Delaware State Housing Authority</u> to make memoranda, reports, records, and data compilations concerning <u>housing;</u>

    c.    employees of <u>Delaware State Housing Authority</u> make and keep these memoranda, reports, records and data compilations in the ordinary course of the regularly conducted business activity of <u>Delaware State Housing Authority;</u>

    d.    the employees who make these memoranda, reports, records, and data compilations, make these memoranda, reports, records and data

compilations of acts and events: 1) at or near the time the information

contained therein is transmitted to those employees, and 2) from

information transmitted by persons with knowledge of the information;

and

e.      the attached records, consisting of records of the property at 461 River

Road, Dover, DE 19901, related to the tenancy of Ashley Nicole Harrison,

are memoranda, reports, records and data compilations of certain records

of the regularly conducted business activity of Delaware State Housing

Authority, made and kept as stated in this certification.

I,_____, hereby declare under penalty of perjury that the

foregoing is true and correct.   Executed on the ____ day of _____, 2007.


_____

(Signature)

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

WILLIE BROWN, ET AL

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER:  06-50-GMS

TO:  AVIS RENT-A-CAR
6 Sylvan Way
Parsippany, NJ 07054
FAX: 888-304-2315

TRIAL
(APRIL 9-20, 2007)

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| J. Caleb Boggs Federal Building 844 King Street, 5th Floor Wilmington, DE 19801 | 4A, 4th Floor |
| | DATE AND TIME April 9, 2007 8:30 AM |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

For the period November 1, 2005 to December 31, 2006, all records concerning the rental of a 2006 Buick Rendevous, Pennsylvania license plate GFF-9646, VIN: 3G5DAo3LX6S509915.

In lieu of personal appearance, records may be sent, certified mail, return receipt requested, to Douglas E. McCann, Assistant United States Attorney, Nemours Building, 1007 N. Orange Street, Suite 700, P.O. Box 2046, Wilmington, DE 19899-2046.

YOU MAY BE ENTITLED TO REIMBURSEMENT FOR CERTAIN EXPENSES RESULTING FROM YOUR APPEARANCE. PLEASE CONTACT _____ OR _____ AT (302) 573-6277 OR 1-888-293-8162 UPON RECEIPT OF THIS SUBPOENA TO DETERMINE YOUR SPECIFIC ENTITLEMENTS.

| CLERK OF COURT Peter T. Dalleo | Date |
|---|---|
| (BY DEPUTY CLERK) *Monica Mosley* | January 31, 2007 |

Attorney's Name, Address and Phone Number

Douglas E. McCann, Esquire
Assistant United States Attorney

United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801 (302) 573-6277
Toll Free (888) 293-8162

AO 89 (Rev 11/91) Subpoena in a Criminal Case

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :

                        :

        Plaintiff,          :

                        :

        v.              :       Criminal Action No. 06-50-GMS

                        :

WILLIE BROWN, ET AL        :

                        :

        Defendant.     :

## CERTIFICATION

1. I am a Subpoena Specialist for AVIS Rent-A-Car.  I am responsible for processing subpoenas for records maintained by AVIS Rent-A-Car and for providing such records to requesting parties.

2. During all relevant and material times concerning the attached records:

    a.    AVIS Rent-A-Car was and is a business which provides vehicles for for rental

    b.    it was and is the regular practice of AVIS Rent-A-Car to make memoranda, reports, records, and data compilations concerning vehicle rentals;

    c.    employees of  AVIS Rent-A-Car make and keep these memoranda, reports, records and data compilations in the ordinary course of the regularly conducted business activity of AVIS Rent-A-Car;

    d.    the employees who make these memoranda, reports,  records, and data compilations, make these memoranda, reports, records and data compilations of acts and events: 1) at or near the time the information

contained therein is transmitted to those employees, and 2) from

information transmitted by persons with knowledge of the information;

and

e.     the attached records, consisting of records of the rental of a 2006 Buick

Rendevous, PA GFF9646m VIN: 3G5DA03LX6S509915, are

memoranda, reports, records and data compilations of certain records of

the regularly conducted business activity of AVIS Rent-A-Car, made and

kept as stated in this certification.

I,_____, hereby declare under penalty of perjury that the

foregoing is true and correct.   Executed on the _____ day of _____, 2007.


_____

(Signature)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 06-62-SLR** |
| | ) | |
| **WILLIE BROWN, ET AL** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District

of Delaware, hereby certify that on the 13th day of February, 2007, I caused to be filed a

Government's Motion in Limine with the Clerk of Court.  I further certify that a copy of the

foregoing was mailed via First Class Mail to counsel of record as follows:

Johanna Markind, Esquire
1500 Walnut Street Suite 1100
Philadelphia, PA 19102
215-735-9004 (fax)

Elliot Cohen, Esquire
Two Penn Center Plaza
15th & JFK Boulevard, Suite# 1516
Philadelphia, Pennsylvania 19102
215-568-1995 (fax)

*Marie Steel*
Marie Steel
Legal Assistant