IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-50-GMS |
| WILLIE BROWN, et al., | : | |
| Defendant. | : | |

## GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann and Beth Moskow-Schnoll, Assistant United States Attorneys, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Do you know (witness list to be supplied)?

2. This case involves various narcotics charges. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

3. Have you, or any close relative, ever been investigated by the Drug Enforcement Administration, the Internal Revenue Service, the Dover Police Department, Delaware Probation and Parole, or the Delaware State Police?

4. Would the fact that the DEA, IRS, Dover Police, Probation and Parole, or Delaware State Police were involved in the investigation in this case interfere with your ability to be fair and impartial?

5. Have you served on a jury for a criminal case or on a Grand Jury before?

6. Other than traffic offenses, have you or any members of your family ever been the subject of a criminal investigation and/or charged with a criminal offense?

7. Have you or any members of your family been charged with a drug crime?

8. Do you believe that drugs should be legalized?

9. Have you ever testified in a criminal case?

10. Do you have any difficulty hearing, particularly with the use of headphones?

> Respectfully submitted,
>
> COLM F. CONNOLLY
> United States Attorney

By: *(signature)*
Douglas E. McCann
Beth Moskow-Schnoll
Assistant United States Attorneys

Dated: March 1, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-50-GMS |
| ) | |
| WILLIE BROWN, ET AL ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 1st day of March, 2007, I caused to be filed a Government's Request For Special Voir Dire with the Clerk of Court. I further certify that a copy of the foregoing was mailed via First Class Mail to counsel of record as follows:

Johanna Markind, Esquire
1500 Walnut Street Suite 1100
Philadelphia, PA 19102
215-735-9004 (fax)

Elliot Cohen, Esquire
Two Penn Center Plaza
15th & JFK Boulevard, Suite# 1516
Philadelphia, Pennsylvania 19102
215-568-1995 (fax)

_Marie Steel_
Marie Steel
Legal Assistant