IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. A. No. 06-50-GMS |
| | ) |
| WILLIE BROWN and | ) |
| ASHLEY N. HARRISON, a/k/a "Nikki", | ) |
| | ) |
| Defendants. | ) |

**VERDICT FORM**

<u>Count I</u>

As to Count I, charging the defendant Willie Brown with conspiracy to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, during the period from in or about November 2005 through in or about April 2006, we the jury unanimously find the defendant

_____ Guilty                                  _____ Not Guilty

As to Count I, charging the defendant Ashley N. Harrison, a/k/a "Nikki" with conspiracy to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, during the period from in or about November 2005 through in or about April 2006, or aiding and abetting such conspiracy, we the jury unanimously find the defendant

_____ Guilty                                  _____ Not Guilty

<u>Count II</u>

As to Count II, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about November 30, 2005, or aiding and abetting such distribution, we the jury unanimously find the defendant

_____ Guilty                                  _____ Not Guilty

### Count III

As to Count III, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about December 7, 2005, or aiding and abetting such distribution, we the jury unanimously find the defendant

_____ Guilty                                   _____ Not Guilty

### Count IV

As to Count IV, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about March 16, 2006, or aiding and abetting such distribution, we the jury unanimously find the defendant

_____ Guilty                                   _____ Not Guilty

### Count V

As to Count V, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about March 30, 2006, or aiding and abetting such distribution, we the jury unanimously find the defendant

_____ Guilty                                   _____ Not Guilty


_____         _____
Jury Foreperson                                     Juror


_____         _____
Juror                                                Juror


_____         _____
Juror                                                Juror


_____         _____
Juror                                                Juror

_____        _____
Juror                                                              Juror


_____        _____
Juror                                                              Juror


_____
Date

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

                     BY: _____
                                    Douglas McCann
                                    Beth Moskow-Schnoll
                                    Assistant United States Attorneys


Dated: March 1, 2007