IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50 GMS |
| | : |
| WILLIE BROWN and ASHLEY HARRISON | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned case is rescheduled to **Monday, March 26, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, U.S. Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 5, 2007