IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50 GMS |
| | : |
| WILLIE BROWN, et al. | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned case is rescheduled, in chambers, to **Friday, March 23, 2007, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 8, 2007