

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 8, 2007

**BY CM/ECF**

Honorable Gregory M. Sleet
844 King Street
Wilmington, Delaware 19801

   **Re: United States v. Willie Brown, et al., Crim. A. No. 06-50 GMS**

Dear Judge Sleet:

  The Government respectfully requests that sentencings for the following co-defendants be set after the trial commencing April 9, 2007:

Britney Harrison, Sentencing date April 4, 2007
Mark Tatman, Sentencing date April 12, 2007
Marty Eaton, Sentencing date March 13, 2007
Craig Durham Sentencing date not set

               Respectfully,

               COLM F. CONNOLLY
               United States Attorney

             BY: /s/ Douglas E. McCann
               Douglas E. McCann
               Assistant United States Attorney

cc: Eliot Cohen, Esquire
   Johanna Markind, Esquire
   Christopher Koyste, Esquire
   Samuel Stretton, Esquire
   Mark Greenberg, Esquire
   Eugene Maurer, Jr. Esquire