IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 06-50 (GMS) Cr |
| vs. | : | |
| WILLIE BROWN | : | |

MOTIONS FOR CONTINUANCE OF TRIAL

AND NOW, the defendant, Willie Brown, by and through his counsel, Elliot M. Cohen, Esquire, does file the within Motion and avers as follows:

1. The defendant is represented by Elliot M. Cohen, Esquire who is appointed pursuant to the Criminal Justice Act (CJA). The defendant has been charged with Federal Narcotics Violations.

2. Trial in this matter has been scheduled for April 9, 2007 before the Honorable Gregory M. Sleet - United States District Judge; U.S. District Court for the District of Delaware.

3. A continuance is respectfully requested as the above case conflicts with a specially listed four defendant criminal matter on the case of United States vs. Salim Numan, et al., No. 05-56, docketed in the U.S. District Court for the Eastern District of Pennsylvania before the Honorable Lawrence Stengel - U.S. District Judge. That matter was originally scheduled for March 5, 2007 and has been rescheduled by agreement between Judge Stengel and the Honorable Patricia LeBon, J.S.C. - Superior Court of New Jersey - Burlington County so that an aggravated manslaughter trial before Judge LeBon could be heard first.

4. The Government through its representative, Douglas McCann, Esquire, has no objection to the within request for a continuance for the reasons so stated.

5. The undersigned defense counsel will be available from the middle of June 2007 onward.

6. A Telephone Conference is respectfully requested.

7. It is respectfully submitted that the "ends of justice" are served by granting a continuance of the above matter pursuant to 18 U.S.C. §3161 et. seq.

WHEREFORE, For all of the foregoing reasons, it is respectfully requested that the within Motion be GRANTED.

*Respectfully submitted,*

LOUIS T. SAVINO & ASSOCIATES

By: _____
ELLIOT M. COHEN, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

Elliot M. Cohen, Esquire being duly sworn according to law, deposes and says that on the 19th *day of March, 2007* a copy of the within document was served upon the following individuals via **FEDERAL EXPRESS**:

**United States District Court**
District of Delaware
844 King Street - Clerk's Office
Wilmington, DE 19801

**Douglas E. McCann, Esquire**
United States Attorney's Office
District of Delaware
1007 Orange Street
Wilmington, DE 19801

**Johanna Markind, Esquire**
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

*LOUIS T. SAVINO & ASSOCIATES*

By: _____
ELLIOT M. COHEN, ESQ.
*Attorney for Defendant*

*[FedEx US Airbill, Recipient's Copy. Tracking Number: 8560 4827 2552]*

**From:**
- Date: 3/19/07
- Sender's Name: [illegible]
- Company: US Marshals
- Address: J. Caleb Boggs Center, Suite 1514
- City: Philadelphia, State: PA, ZIP: 19104

**To:**
- Recipient's Name: US District of Delaware
- Company: [illegible]
- Address: 844 King Street, Lockbox 18
- City: Wilmington, State: DE, ZIP: 19801

Tracking: 8560 4827 2552

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 06-50 (GMS) |
| vs. | : | |
| WILLIE BROWN | : | |

### ORDER

AND NOW this _____ day of _____, 2007 it is hereby **ORDERED** and **DECREED** that defendant's Motion for a Continuance of Trial is **GRANTED**.

BY THE COURT:

_____
                              J.