IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-50 GMS |
| ) | |
| WILLIE BROWN, et al. ) | |
| ) | |
| Defendants. ) | |

**SCHEDULING ORDER**

A conference regarding the above-captioned case was held on March 23, 2007. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendants in a speedy trial. The time period between the date of this Order and May 14, 2007, will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

IT IS HEREBY ORDERED that:

1. The court will hold a pre-trial conference, in chambers, on **Thursday, April 5, 2007, at 1:30 p.m.**

2. Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea (except to all counts of the indictment or information) will be noticed on or before the date of the pre-trial conference. The guilty plea will be entered on or before the day trial is set to commence.

3. A ten-day, jury trial is scheduled to commence on **Monday, May 14, 2007, at 9:30 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel are to arrive in chambers at **9:00 a.m.** on the first morning of the trial.

UNITED STATES DISTRICT JUDGE

March 26, 2007



FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE