

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*      *(302) 573-6277*
*1007 Orange Street, Suite 700*      *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 20, 2007

**BY CM/ECF**

Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, Delaware 19801

     **Re: United States v. Willie Brown, et al., Cr. A. No. 06-50 GMS**

Dear Judge Sleet:

     At the April 5, 2007, pre-trial conference, the Court deferred ruling on the pending Motion to Suppress (D.I. 111) to permit the filing of any supplemental papers by Defendant Brown by April 13, 2007. The government had until today to reply. No supplemental papers have been filed; accordingly, the government renews its request that the Court deny the application without an evidentiary hearing.

     Respectfully,

     COLM F. CONNOLLY
     United States Attorney

BY: *[signature]*
     Beth Moskow-Schnoll
     Assistant United States Attorney

cc:      Douglas E. McCann, AUSA (by hand)
         Elliot Cohen, Esquire (by first class mail)