In The United States District Court
For The District Of Delaware

United States of America
( Plaintiff )

v.

Willie Brown
( Defendant )

Criminal Action No. 6-50 Gms

FILED
APR 30 2007

## Defendants Request For Discovery Material

Defendant Willie Brown, under Attorney Elliot Cohen, respectfully request the Governments A.U.S.A to provide the Defendant with the below listed materials by way of discovery, in a timely fashion in line with the requirements of ( Federal Rule of Criminal Procedure 16 ) and other applicable Statutory and legal requirements.

I. The following is a list of "discovery materials" requested by the defendant. The following items are incomplete and will not allow the defendant to properly prepare for trial.

n-13 Video/Audio of Purchase of Exb 6
n-14 Digital recording
n-15 Digital recording
n-16 Video/Audio of Purchase of Exb 7
n-43 Digital recording
n-44 Video/Audio

n-46 audio recording/cd is blank
n-47 Video/Audio

The defendant need copies of the originals not edited version. The discovery is missing certain facts that I need to go over to prepare for trial. So I would appreciate if I could have the items listed as soon as possible so I can get prepared.

Thank you!

4-26-07

Respectfully submitted,
Willie Brown
under Elliot Cohen

In The United States District Court
For The District of Delaware

United States of America
(Plaintiff)

v.

Willie Brown
(Defendant)

Criminal no. 6-50 GMS

Certificate of Service

I Willie Brown, hereby certify that on the date listed below, that I have sent Defendants letter motion request for "discovery material" to the clerk of Court for filing and also to send a copy of such motion to the attorneys listed below. A.U.S.A Douglas E. McCann, 1007 Orange Street, 7th Floor, Wilmington, Delaware also to Elliot Cohen, Two Penn Center Plaza 15th and JFK Boulevard Philadelphia PA 19102. Please keep copy for court.

Dated: April 26, 2007

Defendant, Willie Brown
125 Cemetary Rd
Woodstown, NJ 08098

Willie Brown
155 Cemetary Rd
Woodstown, NJ 08098

SOUTH JERSEY NJ 080
26 APR 2007 PM 1 L

Salem County Correctional Facility
This Address Is A County Institution
The Add...
Salem C...
For Dems ins... ...by this inmate

Clerk Office
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+35719 C012