IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 06-50 (GMS) |
| vs. | : | |
| WILLIE BROWN | : | |

MOTION FOR ENLARGEMENT OF TIME TO FILE
MOTION IN LIMINE WITH SUPPORTING BRIEF

**AND NOW,** the defendant, Willie Brown, by and through his counsel does file the within Motion and avers as follows:

1. On April 23, 2007, the defendant Ashley Harrison was ordered to brief the admissibility of taped telephone conversations involving her client and defendant Willie Brown. Trial was continued to June 18, 2007.

2. Both defendant, Ashley Harrison and the Government have sought extensions to file their respective Motions to which the undersigned counsel has no objection. Defendant Willie Brown respectfully makes the same request.

FILED

MAY - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WHEREFORE, for all of the foregoing reasons it is respectfully requested that the within Motion be **GRANTED**.

*Respectfully submitted,*

LOUIS T. SAVINO & ASSOCIATES

By: _____
ELLIOT M. COHEN, ESQ.
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

Elliot M. Cohen, Esquire being duly sworn according to law, deposes and says that on the 30th *day of April, 2007* a copy of the within document was served upon the following individuals:

**Honorable Gregory M. Sleet**
United States District Court - Delaware
844 King Street
Wilmington, DE 19801

**Douglas E. McCann, Esquire**
United States Attorney's Office
District of Delaware
1007 Orange Street
Suite 700
Wilmington, DE 19801

**Johanna E. Markind, Esquire**
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

*LOUIS T. SAVINO & ASSOCIATES*

By: _____
ELLIOT M. COHEN, ESQ.
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 06-50 (GMS) |
| vs. | : |
| WILLIE BROWN | : |

ORDER

AND NOW this _____ day of _____, 2007 it is hereby **ORDERED** and **DECREED** that defendant's Motion for Enlargement of Time Within Which to File a Motion In Limine is **GRANTED**.

BY THE COURT:

_____
J.