IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 06-50 (GMS) |
| vs. | : | |
| WILLIE BROWN | : | |

ORDER

AND NOW this __4th__ day of __May__, 2007 it is hereby **ORDERED** and **DECREED** that defendant's Motion for Enlargement of Time Within Which to File a Motion In Limine is **GRANTED**. Motion In Limine due 5/8/07.

BY THE COURT:

_[signature]_

FILED

MAY - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE