IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-1 GMS |
| | : |
| WILLIE BROWN | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that an attorney inquiry hearing regarding the above-captioned defendant is scheduled for **Wednesday, May 23, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE, and the presence of the defendant is hereby ordered.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 8, 2007