ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | No. 06-50 (GMS) |
| vs. : | |
| WILLIE BROWN : | |

## MOTION IN LIMINE TO PRECLUDE ASHLEY HARRISON FROM ENTERING INTO EVIDENCE VARIOUS TELEPHONE CALLS

**AND NOW,** the defendant, Willie Brown, by and through his counsel, does file the within Motion and avers as follows:

1. The defendant is represented by Elliot M. Cohen, Esquire in the above captioned criminal matter for which he has been charged with Federal Narcotics Violations.

2. The within Motion seeks to preclude the defendant, Ashley Harrison, from entering into evidence telephone calls involving herself and the defendant, Willie Brown.



3. These prison calls were provided to the defense by the Government. The Government indicated that it would not seek to introduce them at trial.

4. As a professional courtesy, counsel for Ashley Harrison indicated to me that she would seek to make use of these recorded conversations on behalf of her client.

5. It is respectfully submitted that the probative value of anything gleaned from these recorded conversations is outweighed by the prejudice that will accrue to Mr. Brown. See, Fed.R.Evid. 403. At the threshold, the jury should have no knowledge that Mr. Brown (or Ms. Harrison for that matter) are incarcerated as pre-trial detainees. Clearly, that would create an improper inference of guilt. Additionally, the jury will be left with an inappropriate inference that Mr. Brown has implicated himself while exonerating Ms. Harrison. To allow such evidence would be a gross misapplication of F.R.E. 804(b)(3) that it would interminably prejudice Mr. Brown's right to a fair trial.

6. A hearing is respectfully requested on the within matter.

WHEREFORE, for all of the foregoing reasons it is respectfully requested that the within Motion be **GRANTED**.

*Respectfully submitted,*

LOUIS T. SAVINO & ASSOCIATES

By: _____
ELLIOT M. COHEN, ESQ.
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

Elliot M. Cohen, Esquire being duly sworn according to law, deposes and says that on the 7th *day of May, 2007* a copy of the within document was served upon the following individuals:

**U.S. District Court**
District of Delaware
844 King Street
Wilmington, DE 19801

**Honorable Gregory M. Sleet**
United States District Court - Delaware
844 King Street
Wilmington, DE 19801

**Douglas E. McCann, Esquire**
United States Attorney's Office
District of Delaware
1007 Orange Street
Suite 700
Wilmington, DE 19801

**Johanna E. Markind, Esquire**
1500 Walnut Street
Suite 1100
Philadelphia, PA 19102

LOUIS T. SAVINO & ASSOCIATES

By: _____
ELLIOT M. COHEN, ESQ.
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 06-50 (GMS) |
| vs. | : | |
| WILLIE BROWN | : | |

### ORDER

**AND NOW** this _____ day of _____, 2007 it is hereby **ORDERED** and **DECREED** that Defendant Willie Brown's Motion in Limine to Preclude Defendant Ashley Harrison from entering into evidence various prison telephone calls is **GRANTED**.

BY THE COURT:

_____
J.