IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-1 and 6 GMS |
| | : |
| WILLIE BROWN and ASHLEY HARRISON | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephone conference to discuss the trial date and the motion to sever regarding the above-captioned defendants is scheduled for **Friday, June 8, 2007, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge. Counsel for the government is directed to arrange and initiate the conference call.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

June 5, 2007