IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| v. | : | Criminal No. 06-50 GMS |
| WILLIE BROWN, et al. | : | |
| Defendants | : | |

### ORDER

WHEREAS, on July 27, 2007, the defendant Brittany Robinson filed a motion for reduction of bail (D.I. 196);

WHEREAS, on July 27, 2007, the plaintiff United States of America filed an opposition in response to the motion for reduction of bail (D.I. 197);

IT IS HEREBY ORDERED that:

1. The defendant Brittany Robinson's motion for reduction of bail is DENIED; and

2. A status/scheduling telephone conference is scheduled for **Thursday, September 6, 2007, at 11:30 a.m.** Counsel for the government is directed to initiate the conference call.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

August __14__, 2007



FILED
AUG 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE