In The United States District Court
For The District of Delaware

United State of America

V.S.

Willie Brown

Criminal No. 06-50-16MS

FILED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Defendants motion for Attorney inquiry hearing

The Defendant Willie H. Brown under counsil Jan Van Amerongen move the court under Fed. R. Crim. P. U.S. Const Amends. V and VI. To have a hearing concerning Attorney for the defendant. Attorney refuses to produce discovery to the defendant after several request. Attorney has had discovery since Jun 12, 2007 and has yet to give or to show to the defendant. The Defendant also moves for the court to order Attorney to give defendant items listed below in appropiate time hearing.  Copies of originals

1. n-13 Video of Nov 30, 2005     6. n-46 Audio Mar 30, 2006
2. n-15 Audio of Nov 30, 2005     7. n-47 Video/Audio Mar 30, 2006
3. n-16 Video/Audio of Dec 7, 2005
4. n-43 Audio of Mar 16, 2006
5. n-44 Video/Audio Mar 16, 2006

## Background

Attorney visited defendant one time on May 29, 2007 during the meeting defendant explained to attorney that as soon as he got the item listed, to either bring to defendant, or send to defendant. The defendant has sent several letters to the attorney, asking for the items listed. To this day defendant has not seen discovery. The discovery the defendant is asking for is <u>covered by law under Rule 16</u>. defendants right to discovery.

In this letter motion by defendant Willie Brown the defendant respectfully request a hearing on the issue above, and it would be kindly appreciative if evidence could be ordered to defendant before hearing.

Respectfully Submitted,
Willie Brown
*Willie Brown*

In The United States District Court
For The District of Delaware

| | | |
|---|---|---|
| United States of America | : | |
| v | : | Criminal Action No. 06-50-GMS |
| Willie A. Brown | : | |

Certificate of Service

I, Willie Brown, hereby certify that on date below, that I have sent motion in to the Clerk of the Court For Filing and to send copy of such motion To U.S.A Attorney Douglas E. McCann, 1007 Orange Street, 7th Floor, Wilmington, De
To Jan Van Amerongen 1225 King Street, Suite 301, Wilmington, De 19801
To Honorable Gregory Sleet United States District Judge

Dated September 14, 2007

Defendant Willie Brown

Willie Brown



Willie Brown
125 Cemetary Rd
Woodstown, NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

SOUTH JERSEY NJ 080
15 SEP 2007 PM 2
USA 41

Office of the Clerk
844 N. King St Lock Box 18
Wilmington DE 19801