IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50 GMS |
| | : |
| WILLIE BROWN | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the telephone status conference regarding the above-captioned defendant is rescheduled to **Friday, September 28, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge.  **Counsel for the government is directed to arrange and initiate the telephone conference.  Counsel for the defendant Ashley Harrison is not required to participate in the telephone conference.**

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 20, 2007