IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-1 GMS |
| | : |
| WILLIE BROWN | : |
| | : |

### NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the status telephone conference regarding the above-captioned defendant is RESCHEDULED to **Friday, October 5, 2007, at 11:15 a.m.** before the Honorable Gregory M. Sleet. Counsel for the government is directed to initiate the conference call.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 28, 2007