IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-50-1 GMS |
| | ) | |
| WILLIE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant Willie Brown, by and through his undersigned counsel, hereby moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an order enlarging the time within which pretrial motions may be filed and heard. In support thereof, Mr. Brown presents the following:

1. Pursuant to the Court's October 10, 2007 Scheduling Order, pretrial motions are to be filed today, Friday, October 12, 2007. Due primarily to his Superior Court caseload, Defense Counsel is not adequately prepared to file pre-trial motions at the present date. Thus, Counsel requests that this Court allow an enlargement of time for the filing of pre-trial motions. Counsel requests that the time period be extended 5 business days to Friday, October 19, 2007.

2. As this enlargement of time is sought in the interest of justice, the time between October 12, 2007 and October 19, 2007 should be excluded from the time period set forth in U.S.C. 18 § 3161(c) (1).

3. Defense Counsel has spoken to AUSA Douglas McCann who does not oppose this

request.

**WHEREFORE**, Defendant Brown respectfully requests that this Honorable Court enter an Order extending the time period for Defendant to file pre-trial motions 5 business days to October 19, 2007.

JAN A. T. VAN AMERONGEN, LLC

/s/ Jan A. T. van Amerongen, Jr.
Jan A. T. van Amerongen, Jr. (#3453)
Legal Arts Building
1225 King Street, Suite 301
Wilmington, Delaware 19801
Telephone:    (302) 656-8007
Attorney for Defendant Willie Brown

DATED: October 12, 2007

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant hereby certifies that on October 12, 2007, the attached Unopposed Motion to Enlarge Time was served via CM/ECF electronic filing to counsel of record.

/s/ Jan A. T. van Amerongen, Jr.
Jan A. T. van Amerongen, Jr. (#3453)
Legal Arts Building
1225 King Street, Suite 301
Wilmington, Delaware 19801
Telephone:    (302) 656-8007
Attorney for Defendant Willie Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-50-1 GMS |
| ) | |
| WILLIE BROWN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In response to Defendant's Unopposed Motion for Enlargement of Time to file pre-trial motions, this Court hereby ORDERS on this _____ day of October, 2007, that Defendant's pre-trial motions are due on October 19, 2007.

_____
The Honorable Gregory M. Sleet