IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-50-01GMS |
| WILLIE BROWN, | : |
| Defendant. | : |

## MOTION TO ADMIT AUDIO AND VIDEO RECORDINGS

**NOW COMES** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and moves to admit certain audio and video recordings. In support thereof, the government avers as follows:

1. The defendant has been charged with conspiracy to distribute more than fifty grams of cocaine base, and the distribution of more than fifty grams of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2. At trial, the government intends to play certain audio and video recordings obtained during the investigation.

3. The audio and video recordings have been made available to the defense.[1]

4. The government submits that both the original and copies of the video and audio recordings are of more than sufficient audio and video quality to be received into evidence at

---

[1] Most, if not all, of the recordings (and transcripts) the government intends to play at trial were submitted on a CD attached to the Motion in Limine for a Conditional Ruling Under Fed. R. Evid. 104(b) Regarding Admissibility of Party and Co-Conspirator Statements. D.I. 156. These include DEA exhibits N-16, N-18, N-20, N-22, N-24, 3202, N-29, N-30, 3960, 3970, N-43, 4325, 5898, 5899, N-46, 6080, 1548, 2324, 2336, 2514, 2517, 1491, 3938.

trial. In addition, the government has provided the defense with transcripts of those recordings the government presently plans to play at trial. The government respectfully requests that the defendant be required to state any specific objections to the tape and/or transcripts in writing, if the defendant requests a hearing.

5. The recordings were made by law enforcement officers under the supervision of the Drug Enforcement Administration, using devices capable of recording the conversations.

6. The law enforcement officers operating the equipment had prior experience with the devices, and/or were otherwise competent to operate the devices that were utilized in this case.

7. The recordings are authentic and correct.

8. No substantive changes, additions, or deletions have been made to the recordings since they were created.

9. The original recordings have been preserved by the Drug Enforcement Administration in a proper chain of custody record either in the DEA's custody, or in the custody of the Clerk of the Court.

10. The conversations at issue were made consensually, or were the subject of a lawful intercept order, and in good faith, without any kind of improper inducement.

11. The Declaration of Special Agent Jeffrey Dunn, attached hereto, states that the foregoing is true and correct to the best of his information and belief.

**WHEREFORE**, for the reasons set forth above, the government respectfully moves the admission of the audio and video recordings identified herein.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: */s/ Douglas E. McCann*
Douglas E. McCann
Assistant United States Attorney

Dated: November 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     :
        Plaintiff,           :
    v.           :    Criminal Action No. 06-50-01GMS
WILLIE BROWN,           :
        Defendant.           :

## DECLARATION OF SPECIAL AGENT JEFFREY DUNN

1. I am a Special Agent of the United States Drug Enforcement Administration ("DEA").

2. I have been directly involved in the investigation that has resulted in the prosecution of the above-captioned defendant on the charges set forth in the indictment. I am familiar with the recorded contact that was part of this investigation.

3. I have read the government's Motion to Admit Audio and Video Recordings. Based upon my personal knowledge and my discussions with other law enforcement officers involved in this investigation, I declare under penalty of perjury that the statements in those paragraphs are true and correct to the best of my information and belief.

                                                            Special Agent Jeffrey Dunn

Dated: November 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-50-01GMS |
| WILLIE BROWN, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this ___ day of _____, having considered the government's Motion to Admit Audio and Video Recordings and any opposition thereto,

IT IS HEREBY ORDERED that the government's Motion is GRANTED.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE