# In The United States District Court
## For The District of Delaware

United States of America

v.

Willie A. Brown

Criminal Action No. 06-50-gms

FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to Dismis Attorney

___

AW)

1. Under the Sixth amendment to the Constitution the defendant is entitled to appointment of counsel.

2. 18. 3006 A  Adequate representation of Defendant, Representation under each plan shall include consel, investigative, Expert, and other services necessary for adequate representation.

3. Under New Jersey Rules of Professional Conduct
RPC 1.1 A Lawyer shall not handle or neglect a matter entrusted to the lawyer in such manner that the lawyer conduct constitutes gross negligence.
B. Exhibit a pattern of negligence or neglect in the lawyer's handling of legal matters generally.
RPC 1.2 A lawyer shall abide by a client's decision concerning the scope and objectives of representation, Subject to paragraphs (C) and (D) and as required by RPC 1.4 Shall consult with the client about the means to

pursue them. A lawyer may take such action on behalf of the client as implledly authorized to carry out the representation. A Lawyer shall abide by a client's decision whether to settle a matter. In a criminal case, the lawyer will consult with the client and, following consultation, shall abide by the clients decision on the plea to be entered, jury trial, and whether the client will testify.

LPC 1.3 A Lawyer shall act with reasonable diligence and promptness in representing a client.

LPC 1.4 A lawyer shall fully inform a prospective client of how, when, and where the client may communicate with the lawyer.
2. A lawyer shall keep a client reasonably informed about the status of a matter and promptly comply with reasonable request for information.
3. A lawyer shall explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation.

Lawyers Conduct
Attorney refuses to provide defendant with expert.
Attorney refuses to setup phone account so defendant can call
Attorney refuses to put in motions on defendants behalf.
Defendant has still not gotten full discovery which is in attorney possession.
Attorney has still not provided defendant with investigator.
Attorney does not communicate with defendant.
Attorney has shown no effort to help defendant will legal matters.

Defendant would like to have attorney removed from case. Lawyer and client relationship is broke down. Lawyer refuses to do anything to help defendant.

[T]he defendant is respectfully asking this court to either provide the [de]fendant with adequate representation or let the defendant proceed Pro Se. [I]f this court is to order the defendant to Pro Se the defendant would [li]ke for the Judge for the District court to provide the defendant with [pro]per tools to represent himself. The defendant is requesting Expert, [inv]estigative, and other services necessary to represent himself in this District [cou]rt. The defendant is respectfully asking this court to remove Attorney [Ed]in Van Amerogen from this case. The defendant is requesting a hearing [on] the followin Issue's. Defendant is asking this district court to [g]rant defendant motion to dismis Attorney.

10/30/07

Respectfully Submitted
Willie Brown
*Willie Brown*

# In The United States District Court
# For The District of Delaware

| | |
|---|---|
| United States of America | |
| V | Criminal Action No 06-50-16ms |
| Willie Brown | |

## Certificate of Service

I, Willie Brown, hereby certify that on date listed below, that I have sent Motion to Dismis Attorney to the Clerk of Court For Filing and send a copy of such letter To USA Attorney Douglas E. Mccam, 1007 Orange Street, 7th Floor, Wilmington, De. To Attorney Jan Van Amerongen 1225 King Street Suite 301 Wilmington, De. To Honorable Gregory M. Sleet United States District Judge.

Defendant Willie Brown

Willie Brown

Dated 10/30/07

Willie Brown
125 Cemetary Rd
Woodstown, NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

Salem County Correctional Facility
This Address Is A County Facility
The Addressor Is An Inmate
Salem County Is Not Responsible
For Debts Incurred By This Inmate

SOUTH JERSEY NJ 080
05 NOV 2007 PM 4 T
USA 41

Clerks Office
844 N. King Street Lockbox 18
Wilmington, Del 19801

19801435519