IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-1 GMS |
| | : |
| WILLIE BROWN | : |

## ORDER

IT IS HEREBY ORDERED that a hearing on the defendant's motion to dismiss counsel is scheduled for **Thursday, November 15, 2007, at 12:30 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States District Court, Courtroom 4A, 844 N. King Street, Wilmington, DE, and the presence of the defendant is ORDERED.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

November 9, 2007