IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-50-1 GMS |
| ) | |
| WILLIE BROWN ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

A hearing regarding the above-captioned case was held on November 15, 2007.

IT IS HEREBY ORDERED that:

1. A six-day, jury trial is scheduled to commence on **Tuesday, February 19, 2008, at 9:30 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel are to arrive at **9:00 a.m.** on the first morning of the trial.

2. Pursuant to 18 U.S.C. § 3161(h)(8)(A), and based on the facts presented by the parties, the ends of justice served outweigh the best interest of the public and the defendant in holding trial before February 19, 2008.

December 17, 2007                                /s/ Gregory M. Sleet
                                                 CHIEF, UNITED STATES DISTRICT JUDGE