IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

**ORDER**

**AND NOW**, this            day of                        , 2008, the Court having been advised that Thomas A. Dreyer, Esquire needs additional time to review the voluminous file and prepare for trial in the captioned matter and the Court finding that these reasons cause the ends of justice served by granting the requested continuance to outweigh the best interest of the public and Defendant in a speedy trial, **it is hereby ORDERED** pursuant to 18 U.S.C. Section 3161(h)(8)(A) that Defendant's Motion for Trial Continuance is **GRANTED**; that the trial date shall be continued from February 19, 2008 to                          ; and that the time between the date of the filing of said motion and the new trial date assigned by the Court shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(1).

_____
**GREGORY M. SLEET,        J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

## DEFENDANT'S MOTION FOR TRIAL CONTINUANCE

NOW COMES Defendant Willie Brown, by his attorney, Thomas A. Dreyer, Esquire, and moves the Court to continue the trial date of February 19, 2008 for the following reasons:

1. Defendant was charged by Indictment with one count of Conspiracy to distribute cocaine base in violation of 21 U.S.C. Section 846 and four counts of Distribution of cocaine base in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(A) and 18 U.S.C. Section 2.

2. On November 15, 2007, Mr. Dreyer was appointed to represent Defendant.

3. Mr. Dreyer is Defendant's third court-appointed attorney.

4. The file received by Mr. Dreyer from the second court-appointed attorney contained the Indictment, the numerous motions already filed by both parties, and discovery consisting of approximately 1750 pages of documents and 25 videotapes and audiotapes.

5. Partly due to the holiday season and partly due to the fact that he is a sole practitioner, Mr. Dreyer has been unable to review all of this voluminous material.

6. Mr. Dreyer has supplied Defendant with all of the aforenoted discovery documents and tapes and other contents of the file which he did not already have.

7. Mr. Dreyer has visited Defendant on four occasions at Salem County

Correctional Facility.

       8.   According to Mr. Dreyer's calculation of the federal sentencing guidelines, Defendant is facing incarceration of 324 to 405 months in the event that the jury returns a guilty verdict.

       9.   Mr. Dreyer is not prepared for trial at this time.

      10.   Trial is scheduled to commence on February 19, 2008.

      11.   On January 21, 2008, Defendant told Mr. Dreyer to request a continuance of the trial date at their last meeting at Salem County Correctional Facility.

      12.   Defendant hereby requests a continuance of the trial for three months.

      13.   The Government objects to this continuance request.

      14.   Defendant agrees that the period of time between the date of the filing of this motion and the new trial date assigned by the Court shall be excluded in accordance with the Speedy Trial Act, 18 U.S.C. 3161(h)(1).

      15.   Pursuant to 18 U.S.C. Section 3161(h)(8), the ends of justice served by granting the requested continuance outweigh the best interest of the public and Defendant in a speedy trial in that a continuance will give defense counsel additional time to prepare for trial in an extremely serious criminal case.

**WHEREFORE**, Defendant requests that the Court grant his motion for a continuance.

**td347370**
Thomas A. Dreyer, Esquire
6 Dickinson Drive
Building 100 – Suite 106
Chadds Ford, PA  19317
610-358-4454
Attorney for Willie Brown

**CERTIFICATE OF SERVICE**

Thomas A. Dreyer, Esquire hereby certifies that I served true and correct copies of the within Defendant William Brown's Motion for Trial Continuance upon the persons named below on the date listed below by first class mail, postage prepaid:

Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street – Room 4324
Lockbox 19
Wilmington, DE  19801-3570

Douglas E. McCann
Assistant United States Attorney
The Nemours Building
1007 Orange Street – Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Willie Brown
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ  08098

**Td347370**
Thomas A. Dreyer, Esquire

Dated:   January 25, 2008