IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 06-50-GMS |
| : | |
| WILLIE BROWN, et al., : | |
| : | |
| Defendant. : | |

### ENTRY OF APPEARANCE

**PLEASE** enter the appearance of Shawn A. Weede, Assistant United States Attorney for the District of Delaware, as co-counsel in the above-captioned case. Douglas E. McCann, Assistant United States Attorney for the District of Delaware, will continue to serve as lead counsel on the matter.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


BY: /s/ Shawn A. Weede
      Shawn A. Weede
      Assistant United States Attorney
      Nemours Building, Suite 700
      1007 Orange Street
      Wilmington, DE 19899-2046

Dated: January 29, 2008