IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-GMS |
| vs. | : | |
| WILLIE BROWN | : | |

**ORDER**

AND NOW, this 28th day of Jan., 2008, the Court having been advised that Thomas A. Dreyer, Esquire needs additional time to review the voluminous file and prepare for trial in the captioned matter and the Court finding that these reasons cause the ends of justice served by granting the requested continuance to outweigh the best interest of the public and Defendant in a speedy trial, **it is hereby ORDERED** pursuant to 18 U.S.C. Section 3161(h)(8)(A) that Defendant's Motion for Trial Continuance is **GRANTED**; that the trial date shall be continued from February 19, 2008 to until further notice; and that the time between the date of the filing of said motion and the new trial date assigned by the Court shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(1).

GREGORY M. SLEET,   J.

FILED

JAN 2 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE