IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-1 GMS |
| | : |
| WILLIE BROWN | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephone scheduling conference regarding the above captioned case is scheduled for **Tuesday, February 5, 2008, at 3:15 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge. **Counsel for the government is directed to arrange and initiate the telephone conference.**

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

January 29, 2008