

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action No. 06-50-GMS |
| vs. : | |
| WILLIE BROWN : | |

### DEFENDANT'S EX PARTE MOTION FOR LEAVE TO HIRE A RECORDING AUTHENTIFICATION EXPERT

AND NOW comes Defendant Willie Brown, by his court-appointed attorney, Thomas A. Dreyer, Esquire, and respectfully requests the Court to enter an ex parte Order authorizing the hiring of a recoding authentification expert and, in support thereof, avers the following:

1. Defendant has been incarcerated in the captioned case since April 26, 2006.

2. Defendant is charged with one count of Conspiracy to distribute cocaine base in violation of 21 U.S.C. Sections 846 and four counts of Distribution of cocaine base in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. Section 2.

3. On November 15, 2007, Mr. Dreyer was appointed to represent Defendant pursuant to the Criminal Justice Act.

4. Discovery included numerous video-tapes and audio-tapes made by the Government during its investigation of Defendant and the five Co-defendants.

5. Defendant believes, and therefore avers, that the Government has tampered with and/or altered in material ways three of these video-tapes and two of these audio-tapes and that he needs a defense expert for the following purposes:

    A. To conduct an independent analysis of the tapes in question; and,

    B. To testify as a defense expert at trial.

  6. Under the Criminal Justice Act, 18 U.S.C. Section 3306A(e)(1), counsel is allowed to obtain "investigative, expert or other services necessary for adequate representation". In order for Mr. Dreyer to satisfy his constitutional obligation to render effective and adequate representation to Defendant, he must hire a recoding authentification expert.

  7. Mr. Dreyer has contacted BEK TEK LLC (BEK TEK"), a firm of audio and video forensic specialists with a business address of 12115 Sangsters Court, Clifton, Virginia.

  8. Bruce E. Koenig is the founder of BEK TEK and has testified as an expert witness in approximately 360 court proceedings. A true and correct copy of his Curriculum Vitae is attached hereto and incorporated by reference herein as Exhibit "A".

  9. Douglas S. Lacey is a member of BEK TEK and has testified as an expert witness in 13 court proceedings. A true and correct copy of his Curriculum Vitae is attached hereto and incorporated by reference herein as Exhibit "B".

  10. Mr. Lacey stated that BEK TEK charges $200.00 per hour for its services in a publicly-funded matter (this is a discount from its regular fee of $250.00 per hour in privately-funded matters).

  11. Mr. Lacey stated that BEK TEK can only properly authenticate a video-tape and an audio-tape by analyzing the <u>original</u> video-tape and the <u>original</u> audio-tape.

  12. Mr. Lacey estimated that BEK TEK will spend approximately 30 hours to authenticate one video-tape and approximately 15 to 20 hours to authenticate one audio-tape.

  13. Mr. Dreyer will ask BEK TEK to authenticatee three video-tapes and two

audio-tapes.

14. Mr. Lacey stated that BEK TEK will be able to render its services in a prompt and timely manner and, if necessary, testify during the trial now scheduled to commence on May 5, 2008.

15. BEK TEK has expressed a willingness to render services to Defendant as long as Mr. Dreyer obtains prior Court approval for its services.

16. Mr. Dreyer seeks initial approval of BEK TEK's services of no less than $10,000.00.

17. Mr. Dreyer requests that this application be sealed so that it is not of public record and so that the Government and the public do not gain knowledge of it.

WHEREFORE, Defendant respectfully requests that the Court enter an Order authorizing Mr. Dreyer to retain the services of BEK TEK as a recording authentification expert.

*[signature]*
Thomas A. Dreyer, Esquire
6 Dickinson Drive
Building 100 – Suite 106
Chadds Ford, PA  19317
610-358-4454
Attorney for Willie Brown

# BEK TEK LLC
## Audio/Video Forensic Consultants

Bruce E. Koenig  
Douglas S. Lacey  
Steven A. Killion

Tel (703) 631-7099  
Fax (703) 266-4461  
BEKTEK@cox.net

## CURRICULUM VITAE OF BRUCE E. KOENIG

### Professional Positions

<u>1996-Present</u> Private consultant, examiner, researcher, and owner of the forensic consulting company BEK TEK LLC. Conducts forensic examinations of audio and video media, both analog and digital, to authenticate recordings, improve intelligibility, identify/classify voice and non-voice signals, and compare voice samples; provides on-site evaluations of acoustical sounds and environments; prepares transcriptions; presents expert testimony and assists attorneys in preparing for cross-examination of opposing experts; evaluates appropriate recording and analysis equipment; provides forensic training in audio/video analysis; conducts research regarding forensic applications; and directs the forensic work of other consultants.

<u>1974-1995</u> Supervisory Special Agent, Engineering Section, Federal Bureau of Investigation (FBI), Washington, D.C., Newington, VA, and Quantico, VA. Conducted examinations of audio and video recordings produced or collected by Federal, state, local, and foreign law enforcement and judicial agencies. These forensic analyses included authentication of recordings, intelligibility enhancement, voice comparisons, identification/classification of voice and non-voice signals, and other related examinations. Additional duties included analyses of room acoustics; on-site evaluations of sound pressure levels, gunshot events, and other sounds of interest; testing of audio tapes, tape recorders, laboratory analysis equipment; the presentation of expert testimony in criminal, civil, and administrative matters; training of FBI and other law enforcement personnel in forensic audio analysis; and conducting research. At retirement, was the manager and senior audio examiner of the FBI's Audio/Video Signal Processing program.

<u>1970-1974</u> Special Agent, FBI. Investigative responsibilities in the Atlanta and Detroit Divisions involving bank robberies, prison escapes, terrorism, and other violations of Federal law. Also technical coordinator of the photographic laboratory in the Detroit Division.

### Formal Education

Bachelor of Science degree, University of Maryland, majors of Physics and Mathematics.

Certificate, DeVry Institute of Technology, electronics curriculum on the theory and circuitry design of audio and video components, including tape recorders, radios, and stereo equipment, with an emphasis on televisions and the associated video signal.

Masters degree, George Washington University, major of Forensic Science.

Additional graduate courses at George Mason University, Massachusetts Institute of Technology, and University of Utah.

12115 Sangsters Court, Clifton, VA 20124-1947 • www.BEKTEKLLC.com

EXHIBIT "A"

**Work Experience**

Has conducted examinations on over 16,000 separate audio and video recordings in over 5,000 criminal, civil, and administrative matters, which includes submissions from all 50 states, the Commonwealth of the Northern Mariana Islands, the District of Columbia, Guam, Puerto Rico, the U.S. Virgin Islands, and 28 foreign countries.

Has instructed personnel in the FBI, other Federal agencies, state, local, and foreign law enforcement departments, and private consultants in forensic analysis procedures.

On numerous occasions has lectured and presented papers before scientific and legal organizations regarding forensic examinations.

Peer-reviews scientific/technical articles, presentations, books, and doctoral theses in the audio/video signal processing fields.

Member of the Ad Hoc Subcommittee on "The 18½-Minute Erased Portion of Nixon White House Tape 342," Advisory Committee on Preservation, National Archives and Records Administration (2000).

While chairperson of the Voice Identification and Acoustical Analysis Subcommittee, of the International Association for Identification, was responsible for writing and having approved the first comprehensive standards on spectrographic voice identification, outside the FBI (effective January 1, 1992).

FBI's project manager to the National Research Council, National Academy of Sciences, for their evaluation of spectrographic voice identification, titled "On the Theory and Practice of Voice Identification" (1979).

Assisted the members of the National Research Council, National Academy of Sciences' Committee on Ballistics Acoustics, in the examination of the acoustic information in the assassination of President John F. Kennedy (late 1970s).

Clients, since establishing BEK TEK LLC, have included the U.S. Department of Justice, Federal Bureau of Investigation, U.S. Congress, Office of Independent Counsel, Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. Department of Defense, U.S. Department of Energy, U.S. Customs Service, United Nations Criminal Tribunal, National Academy of Sciences, district attorney's offices, public defender's offices, police departments, prosecuting attorney's offices, law school legal clinics, ombudsmen, sheriff's departments, state attorney general's offices, bar associations, city attorney's offices, private investigators, the news media, private law firms, insurance companies, major corporations, labor unions, magazine editors, and small businesses.

### Work Experience (continued)

Has conducted forensic examinations in numerous significant investigations, including: the authenticity analysis of the Linda Tripp telephone recordings involving the investigation of President William J. Clinton; the authenticity analysis of the telephone recordings concerning Housing and Urban Development Secretary Henry G. Cisneros; the enhancement examination of President Richard M. Nixon's White House recordings, including the "Watergate tapes"; the authenticity and enhancement analyses of the undercover informant's recordings in the Archer Daniels Midland antitrust cases; the authenticity and enhancement examinations in the John Gotti and other high-profile organized crime cases; the authenticity determination and identification of gunshot sounds on audio and video tapes involved in the burning of the Branch Davidian complex in Waco, Texas; the gunshot analysis in the assassination of President John F. Kennedy and the attempted assassination of Ronald W. Reagan; the authenticity and voice comparison analyses of audio recordings involved in two criminal trials before the United Nations Criminal Tribunal for the former Republic of Yugoslavia; the intelligibility determination and transcript preparation of U.S. government recordings in the Sabrina Aisenberg kidnapping investigation; the video authenticity analyses involved in the investigation by the U.S. Congress of presidential campaign financing in the Clinton administration; the authenticity examination of digital audio recordings from the office of Ukrainian President Leonid Kuchma; the authenticity examination of the FBI's undercover analog and digital recordings in the $2.7 billion fraud prosecution of Richard M. Scrushy, former CEO of HealthSouth Corporation; the analysis of the gunshots fired by members of the Ku Klux Klan, the American Nazi Party, the Communist Workers Party, and the Socialist Workers Party during a "Death to the Klan" demonstration in Greensboro, NC; the authenticity and enhancement of air traffic control recordings involved in the destruction of Korean Airlines Flight 007 by a Russian missile; many espionage cases and other major airplane crashes since the late 1970s; the audio and image enhancement analyses plus transcription preparation in the Duke University Lacrosse Team case.

### Testimony

Testified as an expert in the field of audio/video signal analysis in judicial proceedings, including trials, hearings, and depositions on over 360 occasions in: The Netherlands, Singapore, Turks and Caicos Islands, District of Columbia, Guam, Puerto Rico, U.S. Virgin Islands, Alabama, Alaska, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, and West Virginia.

### Seminars

Have attended numerous seminars, conventions, and workshops of organizations including the Acoustical Society of America, Audio Engineering Society, DSP Expo, International Association for Identification, International Society for Optical Engineering, Institute of Electrical and Electronic Engineers, International Speech Communication Association, National Association of Broadcasting, and National Technical Investigators Association.

**Specialized Short Courses (partial listing)**

**Acoustics and Electroacoustic Measurement**, presented by Brüel & Kjær, in Marietta, GA

Applications of Modern Image Processing Systems, presented by The International Society for Optical Engineering, Bellingham, WA

**Cellular Telephone System**, presented by Douglas A. Kerr, in Dallas, TX

Computer Science Technology, The University of Utah, Salt Lake City, UT

**Digital Signal Analysis for Applications in Sound and Vibration**, presented by Pope Engineering Company and Brüel & Kjær, in Norcross, GA

Electroacoustic Measurements on Telephones, presented by Brüel & Kjær, in Marietta, GA

**ESPS and Waves+ Training**, presented by Entropic Research Laboratory, in Washington, D.C.

Essentials of Industrial Security Management, presented by the Army Institute for Professional Development, Fort Eustis, VA

Fast Fourier Analysis, presented by Spectral Dynamics, in San Diego, CA

FBI Laboratory Quality Assurance Training on Evidence Submission, Examination, and Return, presented by the FBI Laboratory Division, Quantico, VA

**File Systems Revealed**, presented by X-Ways Software Technology AG, in Seattle, WA

Image Processing and Analysis, presented by The International Society for Optical Engineering, Bellingham, WA

**Mastering Analog Video Technology**, presented by The Sony Video Institute, in San Jose, CA

Mastering Digital Video Technology, presented by the Sony Training Institute, in San Jose, CA

**Mastering Telecommunications Fundamentals**, presented by Two Rivers Technologies, in Washington, D.C.

Presenting Data and Information, presented by Edward R. Tufte, in Arlington, VA

**Professional Photography**, presented by New York Institute of Photography, New York, NY

Selected Topics in Acoustics, presented by George Mason University, Fairfax, VA

**Sonic Boom: Prediction and Effects**, presented by American Institute of Aeronautics and Astronautics, in Tallahassee, FL

**Specialized Short Courses (partial listing - continued)**

Speech Enhancement, presented by The University of Utah, Salt Lake City, UT

Speech Spectrogram Reading: An Acoustic Study of English Words and Sentences, presented by the Massachusetts Institute of Technology. Cambridge, MA

Video Analyst System Training, presented by Intergraph, Huntsville, AL

Voice Identification, presented by Voice Identification, Inc., in Manville, NJ

X-Ways Forensics, presented by X-ways Software Technology AG, in Seattle, WA

**Professional Societies**

Acoustical Society of America (member)

Audio Engineering Society (member)

International Association for Identification (distinguished member). Former chairperson of both the Voice Identification and Acoustical Analysis Subcommittee, and the Voice Identification Certification Board.

Institute of Electrical and Electronic Engineers (member)

National Technical Investigators Association (member)

Society of Former Special Agents of the Federal Bureau of Investigation (member)

Society of Motion Picture and Television Engineers (member)

SPIE [formerly known as The International Society for Optical Engineering] (member)

**Miscellaneous**

Full-field, TOP SECRET clearance (1970-2004).

Reviewer/limited contributor for a number of legal papers and books, including the second and third editions of Scientific Evidence by Paul C. Giannelli and Edward J. Imwinkelried.

Coauthor of the peer-reviewed, unpublished white paper: Koenig, Bruce E.; Lacey, Douglas S. Distinctiveness of Non-Standard VHS Head Parameters (© 2007, **BEK TEK LLC**). http://www.bektekllc.com/VHS_head_parameters.zip

**Scientific Publications (partial listing)**

Have authored/co-authored over 30 peer-reviewed, scientific journal articles, including:

Lacey, Douglas S.; Koenig, Bruce E. Identification of an Eccentricity in the Date/Time Metadata of a PAL MiniDV Recording. Peer reviewed; submitted to the *Journal of Forensic Sciences* on July 10, 2007 for their peer review and publication consideration. On February 10, 2008, accepted for publication as a case report, with a tentative issue date of September 2008.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A. A Digital System for Imaging Bitter Patterns. Submitted to the *Journal of Forensic Identification* on May 21, 2007 for their peer review and publication consideration. On August 21, 2007, accepted for publication with an issue date of March/April 2008.

Koenig, Bruce E.; Lacey, Douglas S. Audio Record and Playback Characteristics of Small Solid-State Recorders. *Journal of Forensic Identification* 2007, 57(4), pp 582-598.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A. Forensic Enhancement of Digital Audio Recordings. *Journal of the Audio Engineering Society* 2007, 55(5), pp 352-371.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, Noel. Video and Audio Characteristics in VHS Over-Recordings. *Forensic Science Communications* 2006, 8(3). www.fbi.gov/hq/lab/fsc/backissu/july2006/technical/2006_07_technical01.htm

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A. Analysis of the Radio Shack Micro-30 and the Olympus Pearlcorder S950 Time Code. *Journal of Forensic Identification* 2004, 54(4), pp 442-451. Authors' Response to Letter. *Journal of Forensic Identification* 2004, 54(6), pp 629-632.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, Noel. Equipping the Modern Audio-Video Forensic Laboratory. *Forensic Science Communications* 2003, 5(2). www.fbi.gov/hq/lab/fsc/backissu/april2003/index.htm.

Koenig, Bruce E.; Hoffman, Shawn M.; Nakasone, Hirotaka; Beck, Steven D. Signal Convolution of Recorded Free-Field Gunshot Sounds. *Journal of the Audio Engineering Society* 1998, 46(7/8), pp 634-653.

Merrill, Steven B.; Koenig, Bruce E. Analysis of Hang-up Transients for the Same Model Telephone. *Journal of Forensic Identification* 1996, 46(3), pp 294-321.

Koenig, Bruce E.; Merrill, Steven B. Determination of the Frequency Characteristics of Filters. *Journal of Forensic Identification* 1995, 45(1), pp 51-68.

**Publications (partial listing - continued)**

Koenig, Bruce E. Selected Topics in Forensic Voice Identification. *Crime Laboratory Digest* **1993**, 20(4), pp 78-81. Reprinted in *Methods and Metrics of Voice Communications* **1996**; B. G. Kanki; O. V. Prinzo, eds; Federal Aviation Administration, DOT/FAA/AM-96/10.

Koenig, Bruce E. Frequency Measurement of Alternating Current. *Journal of Forensic Identification* **1992**, 42(5), pp 408-411.

Koenig, Bruce E. Reel Periodicity Determinations in Authenticity Examinations. *Journal of Forensic Identification* **1992**, 42(3), pp 237-247.

Koenig, Bruce E. Serial Time Code Analysis in Authenticity Determinations. *Journal of Forensic Identification* **1991**, 41(3), pp 179-189.

Koenig, Bruce E. Tape Duplication Determination in Authenticity Examinations through Analysis of AC Frequencies. *Crime Laboratory Digest* **1990**, 17(4), pp 78-81.

Koenig, Bruce E. Authentication of Forensic Audio Recordings. *Journal of the Audio Engineering Society* **1990**, 38(1/2), pp 3-33.

Wallace, Albert Jr.; Koenig, Bruce E. An Introduction to Single Channel FFT Analysis. *Crime Laboratory Digest* **1989**, 16(2), pp 33-39.

Koenig, Bruce E. Enhancement of Forensic Audio Recordings. *Journal of the Audio Engineering Society* **1988**, 36(11), pp 884-894. Reprinted in *Methods and Metrics of Voice Communications* **1996**; B. G. Kanki; O. V. Prinzo, eds; Federal Aviation Administration, DOT/FAA/AM-96/10.

Koenig, Bruce E. Tape Recorder Azimuth Misalignment. *Crime Laboratory Digest* **1988**, 15(2), pp 44-54.

Koenig, Bruce E.; Kohus, Barbara A. Measurement of Recorder Speed Changes in Authenticity Examinations. *Crime Laboratory Digest* **1987**, 14(4), pp 139-152.

Koenig, Bruce E.; Ritenour, Donald V. Jr.; Kohus, Barbara A.; Kelly, Artese Savoy. Reply to 'Some Fundamental Considerations Regarding Voice Identification.' *Journal of the Acoustical Society of America* **1987**, 82, pp 688-689.

Koenig, Bruce E. Making Effective Forensic Audio Tape Recordings. *FBI Law Enforcement Bulletin* **1987**, 56(5), pp 10-18.

Koenig, Bruce E. Spectrographic Voice Identification. *Crime Laboratory Digest* **1986**, 13(4), pp 105-118.

**Publications (partial listing - continued)**

Koenig, Bruce E. Spectrographic Voice Identification: A Forensic Survey. *Journal of the Acoustical Society of America* **1986**, 79, pp 2088-2090.

Koenig, Bruce E. Acoustic Gunshot Analysis - The Kennedy Assassination and Beyond. *FBI Law Enforcement Bulletin* **1983**, 52(11), pp 1-9 and 52(12), pp 1-9. Reprinted in the *International Criminal Police Review* **1985**, 40(384), pp 2-11 and 40(385), pp 43-53.

Koenig, Bruce E. Overview of the Federal Bureau of Investigation's Technical Analyses of Forensic Tape Recordings, Particularly in Aviation Related Investigations. The Seventeenth Annual Air Law Symposium. *Journal of Air Law and Commerce* **1983**, pp 223-227.

Koenig, Bruce E., et al. Review Requested by the Department of Justice of the Acoustical Reports Published by the House Select Committee on Assassinations. U.S. Department of Justice, Washington, D.C. **1980**.

Updated 2/15/2008

# BEK TEK LLC
## Audio/Video Forensic Consultants

Bruce E. Koenig  
Douglas S. Lacey  
Steven A. Killion

Tel (703) 631-7099  
Fax (703) 266-4461  
BEKTEK@cox.net

## CURRICULUM VITAE OF DOUGLAS S. LACEY

### Professional Positions

<u>October 1999 – Present</u>   BEK TEK LLC, Clifton, Virginia. Private consultant, examiner, and researcher. Conducts forensic examinations of audio and video media (analog and digital), including authentication of recordings, intelligibility enhancement, identification/classification of voice and non-voice signals, digital data retrieval/analysis, and other related examinations. Presents expert testimony and assists attorneys with preparing for cross-examination of opposing experts. Evaluates appropriate recording and analysis equipment. Conducts research in forensic audio and video related fields.

<u>September 1996 – June 2003</u>   Electronics Engineer / Forensic Examiner, Forensic Laboratory, Federal Bureau of Investigation (FBI), Quantico, Virginia. Conducted examinations of audio recordings produced or collected by federal, state, local, and foreign law enforcement and judicial agencies. These examinations included authentication of recordings, intelligibility enhancement, identification and classification of voice and non-voice signals, digital data retrieval/analysis, and other related examinations. Additional duties included the presentation of expert testimony in criminal matters, support to FBI field offices and other law enforcement agencies regarding technical assistance pertaining to audio recordings, and training of FBI personnel in the analysis of proprietary digital recording devices.

### Formal Education

Bachelor of Science Degree, University of Miami, major of Electrical Engineering (Audio Engineering Program)

Additional undergraduate courses at the University of Florida.

## Work and Testimony Experience

Has conducted examinations on over 2,400 separate audio and video recordings in over 500 criminal, civil, and administrative matters, which include submissions from 45 states, the District of Columbia, Canada, Chile, Italy, Puerto Rico, Singapore, and the United Kingdom.

Has testified as an expert in the fields of audio intelligibility enhancement, audio authenticity, and signal analysis in federal and state courts in New York, North Carolina, Oregon, Pennsylvania, Texas, Virginia, Washington, D.C., and in front of the Ukrainian Parliament.

Has given presentations on various topics to the American Academy of Forensic Sciences ("Analysis of MiniDV Recording Date/Time Information"), the Scientific Working Group on Digital Evidence (SWGDE) (overview of forensic audio enhancement tools), the Audio Engineering Society (AES) Washington DC Section ("Considerations for the Forensic Authentication of Digital Audio Recordings"), the AES chapter at the University of Miami (overview of forensic audio field), and the National Technical Investigators Association (NATIA) ("Authentication of Forensic Audio Recordings: Practices and Considerations"), as well as to FBI and Department of Justice personnel.

Has conducted forensic examinations in numerous significant investigations, including: the data recovery and intelligibility enhancement of the cockpit voice recording from United Airlines Flight 93, which crashed in Shanksville, PA on September 11, 2001; the authenticity analysis of the Linda Tripp/Monica Lewinsky telephone recordings involving the investigation of President William J. Clinton; the analysis of digital recordings related to the Washington D.C.-area sniper shootings; the authenticity examination of digital audio recordings from the office of former Ukrainian President Leonid Kuchma; the audio and image enhancement analyses plus transcription preparation in the Duke University Lacrosse Team case; the authenticity examination of recordings surrounding the Texaco obstruction of justice investigation; and the authenticity examination of a recording related to the Abner Louima police brutality investigation.

## Specialized Short Courses and Professional Training

*ABCs of Video & Digital Technology*, presented by the Sony Training Institute, in Lanham, MD

*Advanced Forensic Audio Processing Techniques*, presented by Digital Audio Corporation, Inc., in Raleigh, NC

*FBIRD Training*, presented by Adaptive Digital Systems, Inc., in Quantico, VA

*FBIRD Training (Personalized Instruction)*, presented by Adaptive Digital Systems Inc., in Irvine, CA

**Specialized Short Courses and Professional Training (cont.)**

*Fast Fourier Analysis*, presented by Signal Processing Systems, in San Diego, CA

*File Systems Revealed*, presented by X-Ways Software Technology AG, in Seattle, WA

*Forensic Audio Filtering and Tape Enhancement*, presented by Digital Audio Corporation, Inc., in Quantico, VA

*Forensic Image and Video Processing*, presented at the American Academy of Forensic Sciences, in San Antonio, TX

*New Professional Core Curriculum Training Program, Phases I and II*, presented by the Federal Bureau of Investigation, in Quantico, VA

*Principles of Acoustics and the Measurement of Sound*, presented by Brüel & Kjær, in Livonia, MI

*Principles of Vibration Measurement and Analysis*, presented by Brüel & Kjær, in Livonia, MI

*R-DAT Format Training*, presented by Sony Corporation, in Quantico, VA

*Spectrum Analysis of Sound & Vibration*, presented by Brüel & Kjær, in Livonia, MI

*Technical Recovery of Electronic Evidence*, presented by Computer Security Institute, in Rancho Cucamonga, CA

*Video Analyst System Training*, presented by Intergraph, in Huntsville, AL

*X-Ways Forensics*, presented by X-ways Software Technology AG, in Seattle, WA

**Professional Associations and Seminars**

American Academy of Forensic Sciences (Associate Member, Engineering Sciences)

Audio Engineering Society (member)

International Association for Identification (member)

National Technical Investigators Association (NATIA) (former member)

Have attended seminars and conventions of the Audio Engineering Society, the International Association for Identification, the American Academy of Forensic Sciences, the National Technical Investigators Association (NATIA), and a regional meeting of the Acoustical Society of America.

Lacey CV Page 3 of 5 (Updated 02/16/2008)

**Peer-Reviewed Publications**

Lacey, Douglas S.; Koenig, Bruce E.  Identification of an Eccentricity in the Date/Time Metadata of a PAL MiniDV Recording.  Submitted to the *Journal of Forensic Sciences* on July 10, 2007 for their peer review and publication consideration.  On February 10, 2008, accepted for publication as a Case Report, with a tentative issue date of September 2008.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A.  A Digital System for Imaging Bitter Patterns.  Submitted to the *Journal of Forensic Identification* on May 21, 2007 for their peer review and publication consideration.  On August 21, 2007, accepted for publication with a tentative issue date of March/April 2008.

Koenig, Bruce E.; Lacey, Douglas S.  Audio Record and Playback Characteristics of Small Solid-State Recorders.  *Journal of Forensic Identification* **2007**, 57(4), pp 582-598.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A.  Forensic Enhancement of Digital Audio Recordings.  *Journal of the Audio Engineering Society* **2007**, 55(5), pp 352-371.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, N.  Video and Audio Characteristics in VHS Over-Recordings.  *Forensic Science Communications* **2006**, 8(3). http://www.fbi.gov/hq/lab/fsc/backissu/july2006/technical/2006_07_technical01.htm

Lacey, D. S.  Burning Digital Audio Files to Standard Audio Compact Discs:  More Than Drag and Drop.  *NATIA News*.  Summer 2005.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, S. A.  Analysis of the Radio Shack Micro-30 and the Olympus Pearlcorder S950 Time Code.  *Journal of Forensic Identification* **2004**, 54(4), pp 442-451. Authors' Response to Letter.  *Journal of Forensic Identification* **2004**, 54(6), pp 629-632.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, Noel.  Equipping the Modern Audio-Video Forensic Laboratory.  *Forensic Science Communications* **2003**, 5(2). http://www.fbi.gov/hq/lab/fsc/backissu/april2003/lacey.htm


**Other Authored Document**

Koenig, Bruce E.; Lacey, Douglas S.  Distinctiveness of Non-Standard VHS Head Parameters. Peer-reviewed, unpublished white paper (© 2007, BEK TEK LLC). http://www.bektekllc.com/VHS_head_parameters.zip

**Testimony**

1. 05/13-14/01; Philadelphia, PA; Hearing in Federal District Court (audio enhancement) [Case # CR 01-88];
2. 10/07/01; Houston, TX; Hearing in District Court (audio enhancement) [Case # 0845174];
3. 10/09/01; Houston, TX; Criminal Trial in District Court (audio enhancement) [Case # 0845174];
4. 02/04/05; New York, NY; Deposition (audio enhancement) [Case # 99-CV-862-K(J), US District Court for the Northern District of Oklahoma];
5. 02/23/05; Roanoke, VA; Hearing in District Court (audio authenticity) [Case # 7:03CR00049-4];
6. 10/11/05; Portland, OR; Criminal Trial in Circuit Court (audio authenticity) [Case # 9906-34654];
7. 11/04/05; High Point, NC; Criminal Trial in Superior Court (audio enhancement) [Case # 05-CRS-23105];
8. 09/15/06; Kiev, Ukraine; Hearing in front of the Ukrainian Parliament (audio authenticity);
9. 01/08/07; Washington, D.C.; Daubert hearing in Criminal Trial in Federal District Court (audio enhancement and signal analysis) [Case # 05-CR-00151];
10. 09/05/07; Kingwood, WV; Criminal Trial in Circuit Court (signal analysis and audio enhancement) [Case # 07-F-5];
11. 09/13/07; New York, NY; Deposition (audio authenticity) [Case # 06-CV-1944, US District Court for the Eastern District of Pennsylvania];
12. 09/27/07; Tucson, AZ; Criminal Trial in Superior Court (video enhancement) [Case # CR-20063636; testified via telephone from Clifton, VA]; and
13. 12/13/07; Yorktown, VA; Hearing in Circuit Court (audio authenticity) [Case # CR06R38229-01].

**Miscellaneous**

Full-field, TOP SECRET clearance (1996-2003).

## CERTIFICATE OF SERVICE

I, Thomas A. Dreyer, Esquire, attorney for Willie Brown, hereby certify that I served a true and correct copy of the within Ex Parte Motion For Leave to Hire Recording Authentification upon the person named below on the date listed below by first class mail, postage prepaid:

    Douglas S. Lacey
    BEK TEK LLC
    12115 Sangsters Court
    Clifton, VA  20124-1947

                                                                       Thomas A. Dreyer, Esquire

Dated: 2/18/08

# THOMAS A. DREYER
## ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA 19317
610-358-4454
FAX-610-459-9206

February 18, 2008

Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Room 4324
Lockbox 19
Wilmington, DE 19801-3570

Re: **United States v. Willie Brown**
**Criminal Action No. 06-50-GMS**

Dear Chief Judge Sleet:

Enclosed find Mr. Brown's Ex Parte Motion For Leave to Hire a Recording Authentification Expert in the referenced case.

Thank you.

Respectfully yours,

Thomas A. Dreyer

cc: Willie Brown
    Douglas S. Lacey

2008 FEB 20 PM 4:31
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED