

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

### ORDER

**AND NOW**, this 26TH day of Feb , 2008, upon consideration of the instant application, **it is hereby ORDERED** that Defendant's Motion For Leave to Hire a Recording Authentification Expert is sealed and that the Order relative to said motion is likewise sealed.

BY THE COURT:

GREGORY M. SLEET,   C. J.