

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

### DEFENDANT'S AMENDED EX PARTE MOTION FOR LEAVE
### TO HIRE A RECORDING AUTHENTIFICATION EXPERT

AND NOW comes Defendant Willie Brown, by his court-appointed attorney,

Thomas A. Dreyer, Esquire, and respectfully requests the Court to enter an ex parte Order

authorizing the hiring of a recoding authentification expert and, in support thereof, avers the

following:

    1.  Defendant has been incarcerated in the captioned case since April 26, 2006.

    2.  Defendant is charged with one count of Conspiracy to distribute cocaine base

in violation of 21 U.S.C. Sections 846 and four counts of Distribution of cocaine base in

violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. Section 2.  The four

substantive counts allege that he distributed cocaine base as follows:

        A.  Count II – 11/30/05 – 55.6 grams
        B.  Count III – 12/7/05 – 113.4 grams
        C.  Count IV – 3/16/06 – 106.5 grams
        D.  Count V – 3/30/06 – 55.3 grams

    3.  On November 15, 2007, Mr. Dreyer was appointed to represent Defendant

pursuant to the Criminal Justice Act.

    4.  Discovery included a total of 27 video-tapes and audio-tapes made by the

Government during its investigation of Defendant and the five Co-defendants.



FILED

MAR – 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

5. Defendant believes, and therefore avers, that the Government has tampered

with and/or altered in material ways three of these video-tapes and two of these audio-tapes and

that he needs a defense expert for the following purposes:

> A. To conduct an independent analysis of the tapes in question; and,
>
> B. To testify as a defense expert at trial.

6. Defendant requests an expert to analyze the following tapes:

> A. Exhibit N-13 – 11/30/05 – a videotape lasting approximately 2 hours, 20 minutes
>
> B. Exhibit N-14 – 11/30/05 – an audiotape lasting approximately 1 hours, 11 minutes
>
> C. Exhibit N-16 – 12/7/05 – a videotape lasting approximately 50 minutes
>
> D. Exhibit N-43 – 3/16/06 – an audiotape consisting of three recordings – the first lasts approximately 1 hour, 48 minutes; the second lasts approximately 1 hour, 16 minutes; and the third lasts approximately 10 minutes
>
> E. Exhibit N-44 – 3/16/06 – a videotape lasting approximately 3 hours, 45 minutes

7. The specific evidence in support of Defendant's conclusion that the

Government has tampered with and/or altered the five tapes in materials ways is as follows:

A. Exhibit N-13 purports to be a VHS videotape of the transaction on 11/30/05 whereby DEA Special Agent Jonathan Stewart purchased 55.6 grams of cocaine base from Defendant in Dover, Delaware    The time marker for this videotape starts at 16:40:05 and ends at 19:00:12. It starts in color. Between 16:58:38 and 16:59:11, the screen turns blue and there are no images of any kind on it; it is just a blank blue screen. At 16:59:11, the picture returns, but it is now in black and white and remains this way until its conclusion.

B. Exhibit N-14 purports to be a NT2 digital recording of the transaction described in the preceding paragraph. However, it only lasts 1 hour, 11 minutes; its length is not 2 hour, 20 minutes as is the video in Exhibit N-13.

C. Exhibit N-16 purports to be a videotape of the transaction on 12/7/05 whereby Agent Stewart, having negotiated this purchase with Brown earlier in the day, actually bought 113.4 grams of cocaine base from Co-Defendants Marty Eaton and Mark Tatman in Dover, Delaware and they responded affirmatively when asked by him if it was Defendant's 'stuff'. The time marker for this videotape starts at 16:46:25 and ends at 17:36:50. It starts in color. Between 16:59:15 and 16:59:47, the screen turns blue and there are no images of any kind on it; it is just a blank blue screen. At 16:59:47, the picture returns, but it is now in black and white and remains this way until its conclusion.

D. Exhibit N-44 purports to be a VHS videotape of the transaction on 3/16/06 whereby Agent Stewart, having negotiated this purchase with Brown earlier in the day, actually bought 106.5 grams of cocaine base from an individual whose nickname was Auk in Dover, Delaware. The time marker for this videotape starts at 17:00:35 and ends at 20:46:53. It starts in color. Between 18:08:57 and 18:09:25, the screen turns blue and there are no images of any kind on it; it is just a blank blue screen. At 18:09:25, the picture returns, but it is now in black and white and remains this way until its conclusion.

E. Exhibit N-43 purports to be a Eagle 8A digital audio recording of the of the transaction described in the preceding paragraph.

F. Other evidence supporting the conclusion that the Government tampered with Exhibits N-43 and N-44 is as follows:

A copy of the Report of Investigation ("Report") of this transaction is contained on Bates-stamped 71-74 and is attached hereto as Exhibit "A". The relevant VerizonWireless records for 302-270-9165 are Bates-stamped 768 and 782 and are attached hereto as Exhibit "B". The relevant Cingular records for 302-883-1618 are Bates-stamped 467 and 488 and are attached hereto as Exhibit "C". The relevant Virginmobile records for 302-241-6724 are Bates-stamped 411 and 459 are attached hereto as Exhibit "D".

Agent Stewart's telephone number on 3/16/06 was 215-852-8729. According to the Report, Defendant's telephone numbers were 302-270-9165 (subject to a Title III wiretap), 302-883-1618, and 302-241-6724. See Exhibit "A".

According to the Report, Brown called Agent Stewart at approximately 8:00 PM from 302-883-1618. See Paragraph 6 of Exhibit "A". According to the Cingular records, this call occurred at 7:59 PM. See Exhibit "C". According to Exhibit N-44, the time marker for this call is 19:55:38. This indicates that the time marker on the videotape is about 4 minutes behind the times being reported by the agent.

According to Exhibit N-44, the transaction between Auk and Agent Stewart occurs at 20:37:07. With the four-minute differential between the time listed on Exhibit N-44 and the watch or clock being used by Agent Stewart, this means that the purchase should have taken place at about 8:41 PM. However, the Report indicates that the transaction occurred

-3-

at approximately 8:50 PM.  See Paragraph 10 of Exhibit "A".

    According to the Report, Agent Stewart called Defendant at 302-270-9165 at approximately 4:50 PM and at approximately 5:30 PM.  See Paragraphs 3 and 5 of Exhibit "A".  According to the Report, he did not make any other calls to Defendant at this number. However, the Verizonwireless records indicate that at least three calls were made from 215-853-8729 to 302-270-9165 on 3/16/06:

> 1.) At 5:35 PM for 10 seconds
> 2.) At 5:58 PM for 24 seconds
> 3.) At 6:40 PM for 28 seconds

See Exhibit "B".

    According to the Report, Brown called Agent Stewart at approximately 8:40 PM from 302-241-6724 and at approximately 8:45 PM from the same number.  See Paragraphs 7 and 9 of Exhibit "A".  According to the Report, he did not make any other calls to Agent Stewart from this number.  However, the Virginmobile records indicate that at least three calls were placed to 215-852-8729 from 302-241-6724 on 3/16/06:

> 4.) At 8:27:52 PM for 46 seconds
> 5.) At 8:36:43 PM for 31 seconds
> 6.) At 8:40:08 PM for 33 seconds

See Exhibit "D".

    Moreover, only one of these three calls is heard on Exhibit N-43, even though the third call was placed only 13 minutes after the first call.

    8.  Under the Criminal Justice Act, 18 U.S.C. Section 3306A(e)(1), counsel is

allowed to obtain "investigative, expert or other services necessary for adequate representation".

In order for Mr. Dreyer to satisfy his constitutional obligation to render effective and adequate

representation to Defendant, he must hire a recoding authentification expert.

    9.  Mr. Dreyer has contacted BEK TEK LLC (BEK TEK"), a firm of audio and

video forensic specialists with a business address of 12115 Sangsters Court, Clifton, Virginia.

    10.  Bruce E. Koenig is the founder of BEK TEK and has testified as an expert

witness in approximately 360 court proceedings.  A true and correct copy of his Curriculum

-4-

Vitae is attached hereto and incorporated by reference herein as Exhibit "E".

    11. Douglas S. Lacey is a member of BEK TEK and has testified as an expert witness in 13 court proceedings. A true and correct copy of his Curriculum Vitae is attached hereto and incorporated by reference herein as Exhibit "F".

    12. Mr. Lacey stated that BEK TEK charges $200.00 per hour for its services in a publicly-funded matter (this is a discount from its regular fee of $250.00 per hour in privately-funded matters).

    13. Mr. Lacey estimated that BEK TEK will spend approximately 30 to 50 hours to authenticate one video-tape and approximately 15 to 25 hours to authenticate one audio-tape.

    14. Mr. Dreyer will ask BEK TEK to authenticate three video-tapes (Exhibits N-13, N-16 and N-44) and two audio-tapes (N-14 and N-43).

    15. Mr. Lacey stated that BEK TEK will be able to render its services in a prompt and timely manner and, if necessary, testify during the trial now scheduled to commence on May 5, 2008.

    16. BEK TEK has expressed a willingness to render services to Defendant as long as Mr. Dreyer obtains prior Court approval for its services.

    17. Mr. Dreyer seeks initial approval of BEK TEK's services of no less than $4,800.00 plus shipping expenses. A true and correct copy of Mr. Lacey's e-mail dated February 29, 2008 and containing his calculation of the $4,800.00 figure is attached hereto and incorporated by reference herein as Exhibit "G".

    18. Mr. Dreyer requests that this application be sealed so that it is not of public record and so that the Government and the public do not gain knowledge of it.

WHEREFORE, Defendant respectfully requests that the Court enter an Order

authorizing Mr. Dreyer to retain the services of BEK TEK as a recording authentification expert.


Thomas A. Dreyer, Esquire
6 Dickinson Drive
Building 100 – Suite 106
Chadds Ford, PA 19317
610-358-4454
Attorney for Willie Brown

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |
| 4.<br>Page  2  of  4 | | |
| 5. Program Code | 6. Date Prepared<br>03/21/06 | |

SA Stewart.)  The telephone call was witnessed by TFO Pires.  The
conversation was recorded by means of the T-III wire intercept being
conducted by the Dover Resident Office on 302-270-9165.

4. At approximately 5:05PM, undercover SA Stewart departed the neutral
   location for the area of the Laundromat located in the 1100 block of
   South Bay Road followed by TFO Pires and Sgt. James Hosfelt.  At
   approximately 5:15PM, undercover SA Stewart arrived to the Laundromat
   and parked the undercover vehicle (UCV) in front of same.

5. At approximately 5:30PM, undercover SA Stewart placed a phone call to
   BROWN and a male voice answered in which undercover SA Stewart
   recognized as belonging to BROWN.  Undercover SA Stewart stated to BROWN
   that he was at the Laundromat and BROWN responded by saying "OK."  (This
   telephone call was placed to 302-270-9165 and recorded by means of the
   T-III wire intercept.)

6. At approximately 7:00PM, undercover SA Stewart left the area as observed
   by TFO Pires and Sgt. Hosfelt and then returned to the Laundromat at
   approximately 7:15PM.  At approximately 8:00PM, undercover SA Stewart
   received an incoming phone call from the number of (302) 883-1618.
   Undercover SA Stewart recognized the voice of the male caller as BROWN,
   who advised undercover SA Stewart to "give me fifteen minutes."  This
   was understood by undercover SA Stewart that BROWN would respond to the
   area in fifteen minutes.

7. At approximately 8:35PM, undercover SA Stewart departed the area as
   observed by TFO Pires and Sgt. Hosfelt.  At approximately 8:40PM,
   undercover SA Stewart received an incoming phone call from (302) 241-
   6724.  Undercover SA Stewart recognized the voice of the male caller as
   BROWN, who asked undercover SA Stewart "where are you at?"  Undercover
   SA Stewart responded, "by the (Dover) mall."  BROWN then stated, "Meet
   me at the Target."  Undercover SA Stewart responded by stating, "OK,
   what color car are you in?"  BROWN then advised, "a black car."

8. Shortly thereafter, undercover SA Stewart started to drive towards the
   Target store located on DuPont Highway in Dover, as observed by TFO
   Pires and Sgt. Hosfelt.

---

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ███████ | 2. G-DEP Identifier ██████ |
|---|---|---|
| | 3. File Title ██████ | |
| 4.<br>Page  3  of  4 | | |
| 5. Program Code | 6. Date Prepared<br>03/21/06 | |

9. At approximately 8:45 PM, undercover SA Stewart received another incoming call from the number of (302) 241-6724. Undercover SA Stewart recognized the voice of the male caller as BROWN, who asked, "where are you at?" Undercover SA Stewart responded, "at the Dunkin' Donuts." BROWN responded by saying, "OK."

10. At approximately 8:50PM, undercover SA Stewart arrived to the front parking lot of the Target store. Undercover SA Stewart observed a black male subject wearing jeans, a jacket and sunglasses, motioning to undercover SA Stewart to come over towards him. Undercover SA Stewart did not recognize this black male subject, but observed him walk from the area of a dark colored vehicle, previously described by BROWN. The black male got into the front passenger seat of the UCV and asked undercover SA Stewart if he was followed by law enforcement and if were there any police around. Undercover SA Stewart responded, "No." The black male subject then reached into his left side front jacket pocket and retrieved one plastic bag containing multiple chunks of an off-white colored substance (Exhibit #10). Undercover SA Stewart then asked the black male subject "6 for 48" and the black male responded by saying, "yeah that is the price you agreed on." The Black male then handed Exhibit #10 to undercover SA Stewart who in turn gave the black male $4,800.00 of pre-recorded Official Authorized Funds (OAF). The black male then advised undercover SA Stewart that his name was "Auk." "Auk" then exited the UCV and undercover SA Stewart then immediately departed the area as "Auk" walked across the parking lot. "Auk" is described as a black male, light complexion, approximately 5'07" tall, 150 pounds, with short cropped hair.

11. At approximately 9:05PM, undercover SA Stewart returned to the neutral site and transferred custody of Exhibit #10 to TFO Pires and Detective Tom Tyndall. The digital recording device was maintained and secured at the Dover Resident Office until same could be downloaded for evidence processing.

12. After returning to the DEA Dover Resident Office, SA Stewart and TFO Pires weighed Exhibit #10 and realized that "Auk" had given undercover SA Stewart only four (4) ounces (approximately 113 grams) of crack

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |
| 4.<br>Page  4  of  4 | | |
| 5. Program Code | 6. Date Prepared<br>03/21/06 | |

cocaine and not the agreed upon six (6) ounces (approximately 170 grams). In spite of this, undercover SA Stewart gave "Auk" $4,800 of OAF, the agreed upon price for six (6) ounces of crack cocaine.

13. On March 19, 2006, at approximately 9:35PM, undercover SA Stewart called the phone number of (302) 270-9165. Undercover SA Stewart recognized the voice of the male who answered as BROWN. Undercover SA Stewart and BROWN discussed the discrepancy in the weight of the crack cocaine. BROWN then asked undercover SA Stewart when he would be back in Dover. Undercover SA Stewart advised BROWN that it would be on Tuesday (March 21, 2006) night. BROWN then asked undercover SA Stewart to call him on Monday night (March 20, 2006) and tell him when undercover SA Stewart would be in on Tuesday. Undercover SA Stewart advised BROWN that on Tuesday he (undercover SA Stewart) would pick up the "two" that BROWN owed undercover SA Stewart to which BROWN replied, "yeah." (Agents note: "two" is understood as two ounces of crack cocaine that BROWN owes undercover SA Stewart from the previous transaction.) This conversation was recorded by means of a T-III wire intercept being conducted by the Dover Resident Office on the phone number of 302-270-9165.

**INDEXING**

1. BROWN, Willie -

DEA Form    - 6a                    **DEA SENSITIVE**
(Jul. 1996)                    Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**verizon**wireless

Legal Dept-Subpoena Processing Group, 180 Washington Valley Road, Bedminster NJ 07921

Date: _____3/15/6____                                    Case 32 3.249

**Customer Information:**
Subscriber/ Credit Information                    _____

**Calling Records:**
Toll Records
Incoming and outgoing calls
CD/Disk Enclosed                                  _____

| Mobile # | Account# | From Date | To Date |
|----------|----------|-----------|---------|
| 302-270-9165 | | | |
| | Prepay — | Calls only | available |
| | | from | 3/15/06 – 4/21/06 |
| | | | nothing after 4/21/06 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

" Please note that the time reflected on any call detail or bill copy is reflective of the switch that
processed the call, which may not be the same as the clock time at the cellsite where the
call was initiated."

Pat Goldstein
Subpoena Compliance Lead Coordinator
Phone # (800) 451-5242  Option 2
Fax # (888) 667-0028

EXHIBIT "B"

| NET_ELEM_NM | MID | DLD_DGT_NO | SZR_DT_TM | SZR_DURTN_CNT | AUTO_CPN_NO |
|---|---|---|---|---|---|
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:25 | 5 | (302) 422-3237 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:28 | 22 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:29 | 39 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:35 | 10 | (215) 852-8729 |
| Wilmington | (302) 270-9165 | (302) 382-8128 | 3/16/2006 17:40 | 11 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 382-8128 | 3/16/2006 17:40 | 26 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 382-8128 | 3/16/2006 17:40 | 2 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:42 | 30 | (302) 736-0890 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:46 | 3 | (302) 674-8336 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:46 | 18 | (302) 674-0450 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:50 | 26 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:51 | 24 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 17:58 | 24 | (215) 852-8729 |
| Wilmington | (302) 270-9165 | (302) 736-0890 | 3/16/2006 18:09 | 3 | (302) 736-0890 |
| Wilmington | (302) 270-9165 | (302) 736-0890 | 3/16/2006 18:10 | 30 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 736-0890 | 3/16/2006 18:11 | 6 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 736-0890 | 3/16/2006 18:11 | 7 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 736-0890 | 3/16/2006 18:11 | 4 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 736-0890 | 3/16/2006 18:11 | 9 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 736-0890 | 3/16/2006 18:11 | 2 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | 399-5544 | 3/16/2006 18:28 | 9 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | 399-5544 | 3/16/2006 18:28 | 40 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 18:40 | 13 | (302) 399-5544 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 18:40 | 28 | (215) 852-8729 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 18:42 | 16 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 18:44 | 19 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 18:57 | 48 | (302) 734-5193 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 19:01 | 48 | (302) 399-5544 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 19:05 | 30 | (302) 724-1517 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 19:19 | 17 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 19:20 | 27 | (302) 359-7695 |
| Wilmington | (302) 270-9165 | (302) 270-9165 | 3/16/2006 19:20 | 18 | (302) 672-1853 |
| Wilmington | (302) 270-9165 | 233-0560 | 3/16/2006 19:30 | 11 | (302) 734-5193 |
| Wilmington | (302) 270-9165 | 233-0560 | 3/16/2006 19:30 | 18 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | 233-6999 | 3/16/2006 19:30 | 11 | (302) 270-9165 |
| Wilmington | (302) 270-9165 | 233-6999 | 3/16/2006 19:31 | 35 | (302) 270-9165 |

00000782

278303  BGS



**National Compliance Center**

PO BOX 24679
WEST PALM BEACH, FL 33416-4679
1-800-635-6840
1-888-938-4715 (Fax)

VERIFICATION OF AUTHENTICITY OF CINGULAR RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Gary Steele, who being duly sworn,
deposes and says:

My name is Gary Steele. I am over the age of 18 and qualified to make this affidavit. I am employed by
Cingular as a Legal Compliance Analyst and also serve as the Custodian of Records for Cingular. I have
been employed by Cingular since 04/17/1995. Attached to this Affidavit are true and correct copies of
subscriber information and/or call detail issued by Cingular for the following accounts:

Cellular Number(s): (302) 883-1618

The attached copies of billing records are maintained by Cingular in the ordinary course of business. I
maintain and routinely rely on these documents in the course of my duties as Custodian of Records and
Legal Compliance Analyst.

Gary Steele
February 16, 2007

The foregoing affidavit was sworn to and subscribed before me by Gary Steele, who is personally known
to me.

February 16, 2007



Notary Public, State of Florida

Printed Name

Serial Number (if any)

National Compliance Center

Notary Public State of Florida
Josie Mae Gibson
My Commission DD410526
Expires 03/23/2009

EXHIBIT "C"

¶

File Number:278303

Subscriber Activity
(CDR)



| | | | | | | | | Call Duration (In Seconds) |
|---|---|---|---|---|---|---|---|---|
| MT | LOCAL | 4/26/2006 17:54 | DE,USA | NEW CASTLE HUNDRED | DE | 13025311073 | 13028831618 | 11 |
| MT | LOCAL | 3/17/2006 18:22 | DE,USA | NEW CASTLE HUNDRED | DE | 13022413796 | 13028831618 | 10 |
| MT | LOCAL | 3/17/2006 17:46 | DE,USA | NEW CASTLE HUNDRED | DE | 13026784907 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 17:46 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13026784907 | 16107336639 | 8 |
| MT | LOCAL_M2M | 3/17/2006 17:44 | DE,USA | NEW CASTLE HUNDRED | DE | 13027433846 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 17:44 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13027433846 | 16107336639 | 4 |
| MT | LOCAL | 3/17/2006 17:37 | DE,USA | NEW CASTLE HUNDRED | DE | 13027342827 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 17:37 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13027342827 | 16107336639 | 7 |
| MO | LOCAL_M2M | 3/17/2006 17:19 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831618 | 13023676014 | 22 |
| MO | LOCAL_M2M | 3/17/2006 17:18 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831618 | 13023676014 | 15 |
| MO | LOCAL | 3/17/2006 17:15 | DE,USA | - | DE | 13028831618 | 13024653722 | 118 |
| MO | LOCAL | 3/17/2006 16:07 | DE,USA | - | DE | 13028831618 | 13023090457 | 27 |
| MO | LOCAL | 3/17/2006 15:24 | DE,USA | - | DE | 13028831618 | 13026782050 | 225 |
| MO | LOCAL | 3/17/2006 15:23 | DE,USA | - | DE | 13028831618 | 13022646473 | 27 |
| MT | LOCAL_M2M | 3/17/2006 14:05 | DE,USA | NEW CASTLE HUNDRED | DE | 13027433846 | 13028831618 | 69 |
| MT | LOCAL | 3/17/2006 13:36 | DE,USA | NEW CASTLE HUNDRED | DE | 13026077560 | 13028831618 | 7 |
| MT | LOCAL | 3/17/2006 13:08 | DE,USA | NEW CASTLE HUNDRED | DE | 13023994469 | 13028831618 | 41 |
| GPRS | GPRS | 3/17/2006 12:32 | None | - | | 13028831618 | | 8 |
| MT | LOCAL | 3/17/2006 12:22 | DE,USA | NEW CASTLE HUNDRED | DE | 13022844410 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 12:22 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13022844410 | 16107336639 | 7 |
| MT | LOCAL | 3/17/2006 12:14 | DE,USA | NEW CASTLE HUNDRED | DE | 13023461399 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 12:14 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13023461399 | 16107336639 | 8 |
| MT | LOCAL_M2M | 3/17/2006 12:07 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831618 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 12:07 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13023597695 | 16107336639 | 2 |
| MT | LOCAL | 3/17/2006 12:06 | DE,USA | NEW CASTLE HUNDRED | DE | 13025310073 | 13028831618 | 21 |
| MO | LOCAL | 3/17/2006 11:59 | DE,USA | - | DE | 13028831618 | 13025310073 | 86 |
| MO | LOCAL | 3/17/2006 11:40 | DE,USA | - | DE | 13028831618 | 13025310073 | 30 |
| MO | LOCAL | 3/17/2006 11:40 | DE,USA | - | DE | 13028831618 | 13022336999 | 6 |
| MO | LOCAL | 3/17/2006 11:39 | DE,USA | - | DE | 13028831618 | 13025310073 | 32 |
| MO | LOCAL | 3/17/2006 11:39 | DE,USA | - | DE | 13028831618 | 13022336999 | 7 |
| MO | LOCAL | 3/17/2006 11:30 | DE,USA | - | DE | 13028831618 | 13022646473 | 26 |
| MO | LOCAL | 3/17/2006 11:26 | DE,USA | - | DE | 13028831618 | 13022709165 | 8 |
| MO | LOCAL | 3/17/2006 11:05 | DE,USA | - | DE | 13028831618 | 13024653722 | 26 |
| MO | LOCAL | 3/17/2006 10:55 | DE,USA | - | DE | 13028831618 | 13024653722 | 23 |
| MT | LOCAL_M2M | 3/17/2006 10:10 | NEW CASTLE HUNDRED,DE,USA | NEW CASTLE HUNDRED | DE | 13023597695 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 10:10 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13023597695 | 16107336639 | 2 |
| MT | LOCAL | 3/17/2006 1:26 | DE,USA | NEW CASTLE HUNDRED | DE | 13024651722 | 13028831618 | 0 |
| CF | VM_RET | 3/17/2006 8:00 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13024651722 | 16107336639 | 8 |
| MO | LOCAL | 3/17/2006 1:56 | DE,USA | - | MD | 13028831618 | 14435212166 | 35 |
| MT | LOCAL | 3/17/2006 1:26 | DE,USA | NEW CASTLE HUNDRED | DE | 13023090457 | 13028831618 | 7 |
| MO | LOCAL | 3/17/2006 1:19 | DE,USA | - | MD | 13028831618 | 14435212169 | 37 |
| MO | LOCAL | 3/17/2006 1:18 | DE,USA | - | MD | 13028831618 | 14435212169 | 37 |
| MT | LOCAL | 3/17/2006 1:08 | DE,USA | NEW CASTLE HUNDRED | DE | 13023994457 | 13028831618 | 11 |
| MO | LOCAL | 3/16/2006 23:22 | DE,USA | NEW CASTLE HUNDRED | DE | 13023997695 | 13028831618 | 4 |
| MO | LOCAL | 3/16/2006 21:39 | DE,USA | - | DE | 13028831618 | 13022336999 | 26 |
| MT | LOCAL | 3/16/2006 20:09 | DE,USA | NEW CASTLE HUNDRED | DE | 13023090457 | 13028831618 | 45 |
| MT | LOCAL | 3/16/2006 20:05 | DE,USA | NEW CASTLE HUNDRED | DE | 13022416724 | 13028831618 | 35 |
| MO | LOCAL | 3/16/2006 19:50 | DE,USA | - | PA | 13028831618 | 12158528729 | 19 |
| MO | LOCAL_M2M | 3/16/2006 19:50 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831618 | 13023676014 | 47 |
| MO | LOCAL | 3/16/2006 19:47 | DE,USA | - | DE | 13028831618 | 13022646475 | 20 |
| GPRS | GPRS | 3/16/2006 19:48 | None | - | | 13028831618 | | 21 |
| MT | LOCAL | 3/16/2006 19:48 | DE,USA | NEW CASTLE HUNDRED | DE | 13027305199 | 13028831618 | 13 |
| MO | LOCAL | 3/16/2006 19:45 | DE,USA | - | DE | 13028831618 | 13022646475 | 11 |
| MT | LOCAL | 3/16/2006 19:42 | DE,USA | NEW CASTLE HUNDRED | DE | 13023994469 | 13028831618 | 0 |
| CF | VM_RET | 3/16/2006 19:42 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13023994469 | 16107336639 | 4 |
| MO | LOCAL | 3/16/2006 19:31 | DE,USA | - | DE | 13028831618 | 13025310073 | 36 |
| MT | LOCAL | 3/16/2006 18:56 | DE,USA | NEW CASTLE HUNDRED | DE | 13023994469 | 13028831618 | 0 |
| CF | VM_RET | 3/16/2006 18:56 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13023994469 | 16107336639 | 5 |
| MT | LOCAL | 3/16/2006 18:57 | DE,USA | NEW CASTLE HUNDRED | DE | 13023994469 | 13028831618 | 0 |
| CF | VM_RET | 3/16/2006 18:57 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13023994469 | 16107336639 | 7 |
| MT | LOCAL | 3/16/2006 18:06 | DE,USA | NEW CASTLE HUNDRED | DE | 13023994469 | 13028831618 | 0 |
| CF | VM_RET | 3/16/2006 18:06 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13023994469 | 16107336639 | 4 |
| MT | LOCAL | 3/16/2006 17:52 | DE,USA | NEW CASTLE HUNDRED | DE | 13023994457 | 13028831618 | 70 |
| MO | LOCAL_M2M | 3/16/2006 17:52 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831618 | 13023697695 | 24 |
| MO | LOCAL | 3/16/2006 17:33 | DE,USA | - | DE | 13028831618 | 13024653722 | 25 |
| MO | LOCAL_M2M | 3/16/2006 17:31 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831618 | 13023597695 | 25 |
| MO | LOCAL | 3/16/2006 17:29 | DE,USA | - | DE | 13028831618 | 13024653722 | 37 |
| MO | LOCAL | 3/16/2006 17:25 | DE,USA | - | DE | 13028831618 | 13028828128 | 79 |
| MO | LOCAL | 3/16/2006 17:24 | DE,USA | - | DE | 13028831618 | 13028828128 | 6 |
| MO | LOCAL | 3/16/2006 17:24 | DE,USA | - | DE | 13028831618 | 13028828128 | 10 |
| MO | LOCAL | 3/16/2006 17:15 | DE,USA | - | DE | 13028831618 | 17863188429 | 65 |
| MO | LOCAL | 3/16/2006 17:13 | DE,USA | - | FL | 13028831618 | 17863188429 | 36 |
| MO | LOCAL | 3/16/2006 15:24 | DE,USA | - | DE | 13028831618 | 13024653722 | 75 |
| MO | LOCAL | 3/16/2006 15:18 | DE,USA | - | DE | 13028831618 | 13027304519 | 42 |
| MO | LOCAL | 3/16/2006 15:11 | DE,USA | - | DE | 13028831618 | 13024653722 | 46 |
| MO | LOCAL | 3/16/2006 15:06 | DE,USA | - | DE | 13028831618 | 13023991127 | 154 |
| MO | LOCAL | 3/16/2006 14:35 | DE,USA | - | DE | 13028831618 | 13023631265 | 61 |
| MO | LOCAL | 3/16/2006 14:35 | DE,USA | - | DE | 13028831618 | 13023631265 | 21 |
| MO | LOCAL | 3/16/2006 14:22 | DE,USA | - | DE | 13028831618 | 13023991127 | 171 |
| MT | LOCAL | 3/16/2006 14:12 | DE,USA | NEW CASTLE HUNDRED | DE | 19175627395 | 13028831618 | 9 |
| MO | LOCAL | 3/16/2006 14:10 | DE,USA | - | NY | 13028831618 | 19172144631 | 134 |
| MO | LOCAL | 3/16/2006 14:03 | DE,USA | - | FL | 13028831618 | 17863188429 | 127 |
| MO | LOCAL | 3/16/2006 14:00 | DE,USA | - | DE | 13028831618 | 13023090457 | 30 |
| MO | LOCAL | 3/16/2006 13:42 | DE,USA | - | DE | 13028831618 | 13023994766 | 54 |
| MO | LOCAL_M2M | 3/16/2006 13:36 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831618 | 13023594766 | 14 |
| MO | LOCAL | 3/16/2006 13:31 | DE,USA | - | DE | 13028831618 | 13023991404 | 23 |
| MT | LOCAL | 3/16/2006 13:06 | DE,USA | NEW CASTLE HUNDRED | DE | 1234567890 | 13028831618 | 6 |
| MO | LOCAL_M2M | 3/16/2006 12:59 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831318 | 13023594766 | 36 |
| MO | LOCAL | 3/16/2006 12:28 | DE,USA | - | DE | 13028831318 | 13023991404 | 23 |
| MO | LOCAL | 3/16/2006 11:49 | DE,USA | - | MD | 13028831318 | 14435212169 | 49 |
| MO | LOCAL_M2M | 3/16/2006 11:48 | DE,USA | NEW CASTLE HUNDRED | DE | 13028831318 | 13023594766 | 53 |
| MT | LOCAL | 3/16/2006 1:19 | DE,USA | NEW CASTLE HUNDRED | DE | 13027304519 | 13028831618 | 0 |
| CF | VM_RET | 3/16/2006 1:19 | NEW CASTLE HUNDRED,DE,USA | - | PA | 13027304519 | 16107336639 | 3 |
| MT | LOCAL | 3/16/2006 1:03 | DE,USA | NEW CASTLE HUNDRED | DE | 13027304519 | 13028831618 | 61 |

All "Calls to Destination" and "Subscriber Activity" reports are recorded in Local Switch Time
PROPRIETARY AND CONFIDENTIAL
Not for use or disclosure outside Cingular Wireless and its Affiliates except under written agreement

00000488





**Virgin Mobile USA, LLC**
**10 Independence Boulevard**
**Warren, NJ 07059**
**TEL: 908 607 4119    FAX: 908 607 4205**

2007 FEB 14  AM 2: 14

February 13, 2007

AUSA Douglas McCann
UNITED STATES ATTORNEYS OFFICE
U.S. Department of Justice
1007 Orange Street
Suite 700
Wilmington, DE

      Re: MDN number(s) (302) 399-8750,(302) 241-6724

Dear AUSA McCann:

In response to your inquiry, Virgin Mobile USA, LLC ("VMU") has provided subscriber information related to phone number(s) (302) 399-8750,(302) 241-6724, including service and payment records, and incoming and outgoing calls from November 1, 2005 through April 30, 2006. Please note that VMU offers a pay-as-you-go service that does not require a contract, and many of its customers have not provided their name, address or other identifying information.

Please note that this subscriber has used more than one mobile device number (MDN) during their course of service with VMU. From September 1, 2004 through February 8, 2005 used MDN: (302) 399-8750. From February 11, 2005 through present, this subscriber is using MDN: (302) 241-6724.

We have determined that the phone number(s) (MDN):
(302) 399-8750,(302) 241-6724
belongs to handset(s) (ESN):
03307144874

According to our records, the subscriber is:
TALISSA INGRAM
Address:
251 VOSHELL MILL RD.
DILVER DC 19901
Subscriber Contact Number:
Not Provided
E-mail:
none

Payments: Activation bonus of $10.00 on 02/11/2005 12:05 PM
Date of Last Replenishment: By Top-Up Card of $20.00 on 03/15/2006 02:43 PM



EXHIBIT "D"

00000411

| ID | ESN | MDN | ENDPOINT | DIRECTION | RECORD TYPE | RECORD DATE | DURATION |
|---|---|---|---|---|---|---|---|
| 13510222888 | 03307144874 | 3022416724 | 3022419062 | TERMINATION | VOICE | 3/15/2006 9:18:37 PM | 36 |
| 13510493136 | 03307144874 | 3022416724 | 3023974110 | TERMINATION | VOICE | 3/15/2006 9:22:01 PM | 19 |
| 13510402666 | 03307144874 | 3022416724 | 3022419062 | ORIGINATION | VOICE | 3/15/2006 9:25:27 PM | 41 |
| 13511458322 | 03307144874 | 3022416724 | | | XTRAS | 3/15/2006 10:24:22 PM | 0 |
| 13511609484 | 03307144874 | 3022416724 | | | XTRAS | 3/15/2006 10:32:11 PM | 0 |
| 13512336963 | 03307144874 | 3022416724 | | | XTRAS | 3/15/2006 11:24:36 PM | 0. |
| 13512304197 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/15/2006 11:27:28 PM | 0 |
| 13512293725 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/15/2006 11:28:23 PM | 0 |
| 13512397984 | 03307144874 | 3022416724 | 3023990457 | ORIGINATION | VOICE | 3/15/2006 11:31:39 PM | 37 |
| 13512498747 | 03307144874 | 3022416724 | 3023990457 | TERMINATION | VOICE | 3/15/2006 11:44:25 PM | 55 |
| 13512585110 | 03307144874 | 3022416724 | 3023630900 | ORIGINATION | VOICE | 3/15/2006 11:49:29 PM | 13 |
| 13512648443 | 03307144874 | 3022416724 | 3027347182 | ORIGINATION | VOICE | 3/15/2006 11:53:49 PM | 123 |
| 13512659278 | 03307144874 | 3022416724 | 3023637744 | TERMINATION | VOICE | 3/15/2006 11:54:38 PM | 231 |
| 13512695384 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/15/2006 11:57:49 PM | 0 |
| 13513291183 | 03307144874 | 3022416724 | 3027347182 | ORIGINATION | VOICE | 3/16/2006 12:08:26 AM | 126 |
| 13513233714 | 03307144874 | 3022416724 | | | VOICE | 3/16/2006 12:10:02 AM | 0 |
| 13513218422 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 12:10:59 AM | 45 |
| 13513709986 | 03307144874 | 3022416724 | | | XTRAS | 3/16/2006 12:32:19 AM | 0 |
| 13516993470 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | SMS | 3/16/2006 2:12:11 AM | 0 |
| 13516998300 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 2:17:22 AM | 100 |
| 13516975042 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 2:19:18 AM | 0 |
| 13517076053 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 2:36:29 AM | 23 |
| 13517161577 | 03307144874 | 3022416724 | 3024620118 | TERMINATION | SMS | 3/16/2006 3:06:02 AM | 0 |
| 13517202334 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 3:06:31 AM | 27 |
| 13517227646 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | SMS | 3/16/2006 3:08:51 AM | 0 |
| 13517734256 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 3:10:22 AM | 27 |
| 13517630683 | 03307144874 | 3022416724 | *673637744 | ORIGINATION | VOICE | 3/16/2006 3:11:38 AM | 11 |
| 13517603095 | 03307144874 | 3022416724 | 3022416724 | ORIGINATION | VOICE | 3/16/2006 3:14:12 AM | 31 |
| 13517581000 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 3:14:14 AM | 3 |
| 13517603063 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 3:14:14 AM | 29 |
| 13517769770 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 3:15:42 AM | 0 |
| 13518990173 | 03307144874 | 3022416724 | 3022227108 | ORIGINATION | VOICE | 3/16/2006 8:45:07 AM | 42 |
| 13520795223 | 03307144874 | 3022416724 | 3023990457 | TERMINATION | VOICE | 3/16/2006 11:35:24 AM | 56 |
| 13522002356 | 03307144874 | 3022416724 | 3022709165 | ORIGINATION | VOICE | 3/16/2006 12:52:41 PM | 148 |
| 13523094874 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 2:06:09 PM | 23 |
| 13523122929 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 2:08:42 PM | 0 |
| 13524815712 | 03307144874 | 3022416724 | 3027347182 | ORIGINATION | VOICE | 3/16/2006 3:34:18 PM | 28 |
| 13524794741 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 3:39:24 PM | 25 |
| 13524836770 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 3:39:24 PM | 28 |
| 13525066483 | 03307144874 | 3022416724 | 3022411118 | TERMINATION | VOICE | 3/16/2006 3:54:30 PM | 38 |
| 13526358017 | 03307144874 | 3022416724 | 3027304519 | TERMINATION | VOICE | 3/16/2006 4:48:23 PM | 170 |
| 13526464215 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 4:50:59 PM | 0 |
| 13526422920 | 03307144874 | 3022416724 | 3022429095 | TERMINATION | VOICE | 3/16/2006 4:51:04 PM | 36 |
| 13527077366 | 03307144874 | 3022416724 | 3022227108 | TERMINATION | VOICE | 3/16/2006 5:29:19 PM | 29 |
| 13527212183 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 5:37:21 PM | 67 |
| 13527443097 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 5:46:32 PM | 0 |
| 13529561801 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 7:11:13 PM | 25 |
| 13529405174 | 03307144874 | 3022416724 | 3023630900 | ORIGINATION | VOICE | 3/16/2006 7:12:18 PM | 7 |
| 13529470853 | 03307144874 | 3022416724 | 3022647556 | ORIGINATION | VOICE | 3/16/2006 7:13:31 PM | 21 |
| 13529425931 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 7:13:34 PM | 3 |
| 13529482472 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 7:13:34 PM | 22 |
| 13529563397 | 03307144874 | 3022416724 | 3023993113 | TERMINATION | VOICE | 3/16/2006 7:13:58 PM | 47 |
| 13529418545 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 7:17:20 PM | 0 |
| 13529669235 | 03307144874 | 3022416724 | 3024620118 | ORIGINATION | SMS | 3/16/2006 7:26:00 PM | 0 |
| 13529916484 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 7:30:13 PM | 0 |
| 13529960197 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 7:34:34 PM | 0 |
| 13529829321 | 03307144874 | 3022416724 | 3022421293 | ORIGINATION | VOICE | 3/16/2006 7:34:56 PM | 18 |
| 13529985694 | 03307144874 | 3022416724 | 3023311483 | ORIGINATION | VOICE | 3/16/2006 7:37:00 PM | 51 |
| 13530004741 | 03307144874 | 3022416724 | 3024620118 | TERMINATION | SMS | 3/16/2006 7:40:47 PM | 0 |
| 13530385521 | 03307144874 | 3022416724 | 3022421293 | ORIGINATION | VOICE | 3/16/2006 7:53:48 PM | 7 |
| 13530469611 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | SMS | 3/16/2006 8:00:22 PM | 0 |
| 13530543362 | 03307144874 | 3022416724 | 3027347182 | ORIGINATION | VOICE | 3/16/2006 8:00:37 PM | 90 |
| 13530464223 | 03307144874 | 3022416724 | 3028631618 | ORIGINATION | VOICE | 3/16/2006 8:05:55 PM | 58 |
| 13530728671 | 03307144874 | 3022416724 | 13024620118 | ORIGINATION | VOICE | 3/16/2006 8:17:42 PM | 70 |
| 13530623505 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 8:19:12 PM | 0 |
| 13530920952 | 03307144874 | 3022416724 | 2158528729 | ORIGINATION | VOICE | 3/16/2006 8:27:52 PM | 46 |
| 13531122275 | 03307144874 | 3022416724 | 2158528729 | ORIGINATION | VOICE | 3/16/2006 8:36:43 PM | 31 |
| 13531183493 | 03307144874 | 3022416724 | 3026977568 | ORIGINATION | VOICE | 3/16/2006 8:38:47 PM | 64 |
| 13531357096 | 03307144874 | 3022416724 | 2158528729 | ORIGINATION | VOICE | 3/16/2006 8:40:08 PM | 33 |
| 13531741100 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 9:01:15 PM | 33 |
| 13531786234 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 9:01:15 PM | 37 |
| 13531819109 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 9:19:17 PM | 0 |
| 13532100367 | 03307144874 | 3022416724 | 3027360890 | TERMINATION | VOICE | 3/16/2006 9:22:21 PM | 25 |
| 13533578979 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 10:56:32 PM | 35 |
| 13533591596 | 03307144874 | 3022416724 | 113022416724 | ORIGINATION | VOICE | 3/16/2006 10:56:32 PM | 31 |
| 13533824795 | 03307144874 | 3022416724 | | TERMINATION | SMS | 3/16/2006 11:01:35 PM | 0 |
| 13533759724 | 03307144874 | 3022416724 | 3023311609 | ORIGINATION | VOICE | 3/16/2006 11:02:38 PM | 63 |
| 13533978175 | 03307144874 | 3022416724 | 3022411118 | ORIGINATION | VOICE | 3/16/2006 11:29:46 PM | 7 |
| 13534181252 | 03307144874 | 3022416724 | 3022411118 | TERMINATION | VOICE | 3/16/2006 11:31:06 PM | 9 |

47

# BEK TEK LLC

## Audio/Video Forensic Consultants

Bruce E. Koenig
Douglas S. Lacey
Steven A. Killion

Tel (703) 631-7099
Fax (703) 266-4461
BEKTEK@cox.net

## CURRICULUM VITAE OF BRUCE E. KOENIG

### Professional Positions

1996-Present Private consultant, examiner, researcher, and owner of the forensic consulting company BEK TEK LLC. Conducts forensic examinations of audio and video media, both analog and digital, to authenticate recordings, improve intelligibility, identify/classify voice and non-voice signals, and compare voice samples; provides on-site evaluations of acoustical sounds and environments; prepares transcriptions; presents expert testimony and assists attorneys in preparing for cross-examination of opposing experts; evaluates appropriate recording and analysis equipment; provides forensic training in audio/video analysis; conducts research regarding forensic applications; and directs the forensic work of other consultants.

1974-1995 Supervisory Special Agent, Engineering Section, Federal Bureau of Investigation (FBI), Washington, D.C., Newington, VA, and Quantico, VA. Conducted examinations of audio and video recordings produced or collected by Federal, state, local, and foreign law enforcement and judicial agencies. These forensic analyses included authentication of recordings, intelligibility enhancement, voice comparisons, identification/classification of voice and non-voice signals, and other related examinations. Additional duties included analyses of room acoustics; on-site evaluations of sound pressure levels, gunshot events, and other sounds of interest; testing of audio tapes, tape recorders, laboratory analysis equipment; the presentation of expert testimony in criminal, civil, and administrative matters; training of FBI and other law enforcement personnel in forensic audio analysis; and conducting research. At retirement, was the manager and senior audio examiner of the FBI's Audio/Video Signal Processing program.

1970-1974 Special Agent, FBI. Investigative responsibilities in the Atlanta and Detroit Divisions involving bank robberies, prison escapes, terrorism, and other violations of Federal law. Also technical coordinator of the photographic laboratory in the Detroit Division.

### Formal Education

Bachelor of Science degree, University of Maryland, majors of Physics and Mathematics.

Certificate, DeVry Institute of Technology, electronics curriculum on the theory and circuitry design of audio and video components, including tape recorders, radios, and stereo equipment, with an emphasis on televisions and the associated video signal.

Masters degree, George Washington University, major of Forensic Science.

Additional graduate courses at George Mason University, Massachusetts Institute of Technology, and University of Utah.

12115 Sangsters Court, Clifton, VA 20124-1947 • www.BEKTEKLLC.com

## Work Experience

Has conducted examinations on over 16,000 separate audio and video recordings in over 5,000 criminal, civil, and administrative matters, which includes submissions from all 50 states, the Commonwealth of the Northern Mariana Islands, the District of Columbia, Guam, Puerto Rico, the U.S. Virgin Islands, and 28 foreign countries.

Has instructed personnel in the FBI, other Federal agencies, state, local, and foreign law enforcement departments, and private consultants in forensic analysis procedures.

On numerous occasions has lectured and presented papers before scientific and legal organizations regarding forensic examinations.

Peer-reviews scientific/technical articles, presentations, books, and doctoral theses in the audio/video signal processing fields.

Member of the Ad Hoc Subcommittee on "The 18½-Minute Erased Portion of Nixon White House Tape 342," Advisory Committee on Preservation, National Archives and Records Administration (2000).

While chairperson of the Voice Identification and Acoustical Analysis Subcommittee, of the International Association for Identification, was responsible for writing and having approved the first comprehensive standards on spectrographic voice identification, outside the FBI (effective January 1, 1992).

FBI's project manager to the National Research Council, National Academy of Sciences, for their evaluation of spectrographic voice identification, titled "On the Theory and Practice of Voice Identification" (1979).

Assisted the members of the National Research Council, National Academy of Sciences' Committee on Ballistics Acoustics, in the examination of the acoustic information in the assassination of President John F. Kennedy (late 1970s).

Clients, since establishing BEK TEK LLC, have included the U.S. Department of Justice, Federal Bureau of Investigation, U.S. Congress, Office of Independent Counsel, Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. Department of Defense, U.S. Department of Energy, U.S. Customs Service, United Nations Criminal Tribunal, National Academy of Sciences, district attorney's offices, public defender's offices, police departments, prosecuting attorney's offices, law school legal clinics, ombudsmen, sheriff's departments, state attorney general's offices, bar associations, city attorney's offices, private investigators, the news media, private law firms, insurance companies, major corporations, labor unions, magazine editors, and small businesses.

## Work Experience (continued)

Has conducted forensic examinations in numerous significant investigations, including: the authenticity analysis of the Linda Tripp telephone recordings involving the investigation of President William J. Clinton; the authenticity analysis of the telephone recordings concerning Housing and Urban Development Secretary Henry G. Cisneros; the enhancement examination of President Richard M. Nixon's White House recordings, including the "Watergate tapes"; the authenticity and enhancement analyses of the undercover informant's recordings in the Archer Daniels Midland antitrust cases; the authenticity and enhancement examinations in the John Gotti and other high-profile organized crime cases; the authenticity determination and identification of gunshot sounds on audio and video tapes involved in the burning of the Branch Davidian complex in Waco, Texas; the gunshot analysis in the assassination of President John F. Kennedy and the attempted assassination of Ronald W. Reagan; the authenticity and voice comparison analyses of audio recordings involved in two criminal trials before the United Nations Criminal Tribunal for the former Republic of Yugoslavia; the intelligibility determination and transcript preparation of U.S. government recordings in the Sabrina Aisenberg kidnapping investigation; the video authenticity analyses involved in the investigation by the U.S. Congress of presidential campaign financing in the Clinton administration; the authenticity examination of digital audio recordings from the office of Ukrainian President Leonid Kuchma; the authenticity examination of the FBI's undercover analog and digital recordings in the $2.7 billion fraud prosecution of Richard M. Scrushy, former CEO of HealthSouth Corporation; the analysis of the gunshots fired by members of the Ku Klux Klan, the American Nazi Party, the Communist Workers Party, and the Socialist Workers Party during a "Death to the Klan" demonstration in Greensboro, NC; the authenticity and enhancement of air traffic control recordings involved in the destruction of Korean Airlines Flight 007 by a Russian missile; many espionage cases and other major airplane crashes since the late 1970s; the audio and image enhancement analyses plus transcription preparation in the Duke University Lacrosse Team case.

## Testimony

Testified as an expert in the field of audio/video signal analysis in judicial proceedings, including trials, hearings, and depositions on over 360 occasions in: The Netherlands, Singapore, Turks and Caicos Islands, District of Columbia, Guam, Puerto Rico, U.S. Virgin Islands, Alabama, Alaska, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, and West Virginia.

## Seminars

Have attended numerous seminars, conventions, and workshops of organizations including the Acoustical Society of America, Audio Engineering Society, DSP Expo, International Association for Identification, International Society for Optical Engineering, Institute of Electrical and Electronic Engineers, International Speech Communication Association, National Association of Broadcasting, and National Technical Investigators Association.

## Specialized Short Courses (partial listing)

**Acoustics and Electroacoustic Measurement, presented by Brüel & Kjær, in Marietta, GA**

Applications of Modern Image Processing Systems, presented by The International Society for Optical Engineering, Bellingham, WA

**Cellular Telephone System, presented by Douglas A. Kerr, in Dallas, TX**

Computer Science Technology, The University of Utah, Salt Lake City, UT

**Digital Signal Analysis for Applications in Sound and Vibration, presented by Pope Engineering Company and Brüel & Kjær, in Norcross, GA**

Electroacoustic Measurements on Telephones, presented by Brüel & Kjær, in Marietta, GA

**ESPS and Waves+ Training, presented by Entropic Research Laboratory, in Washington, D.C.**

Essentials of Industrial Security Management, presented by the Army Institute for Professional Development, Fort Eustis, VA

**Fast Fourier Analysis, presented by Spectral Dynamics, in San Diego, CA**

FBI Laboratory Quality Assurance Training on Evidence Submission, Examination, and Return, presented by the FBI Laboratory Division, Quantico, VA

**File Systems Revealed, presented by X-Ways Software Technology AG, in Seattle, WA**

Image Processing and Analysis, presented by The International Society for Optical Engineering, Bellingham, WA

**Mastering Analog Video Technology, presented by The Sony Video Institute, in San Jose, CA**

Mastering Digital Video Technology, presented by the Sony Training Institute, in San Jose, CA

**Mastering Telecommunications Fundamentals, presented by Two Rivers Technologies, in Washington, D.C.**

Presenting Data and Information, presented by Edward R. Tufte, in Arlington, VA

**Professional Photography, presented by New York Institute of Photography, New York, NY**

Selected Topics in Acoustics, presented by George Mason University, Fairfax, VA

**Sonic Boom: Prediction and Effects, presented by American Institute of Aeronautics and Astronautics, in Tallahassee, FL**

### Specialized Short Courses (partial listing - continued)

Speech Enhancement, presented by The University of Utah, Salt Lake City, UT

Speech Spectrogram Reading: An Acoustic Study of English Words and Sentences, presented by the Massachusetts Institute of Technology. Cambridge, MA

Video Analyst System Training, presented by Intergraph, Huntsville, AL

Voice Identification, presented by Voice Identification, Inc., in Manville, NJ

X-Ways Forensics, presented by X-ways Software Technology AG, in Seattle, WA

### Professional Societies

Acoustical Society of America (member)

Audio Engineering Society (member)

International Association for Identification (distinguished member). Former chairperson of both the Voice Identification and Acoustical Analysis Subcommittee, and the Voice Identification Certification Board.

Institute of Electrical and Electronic Engineers (member)

National Technical Investigators Association (member)

Society of Former Special Agents of the Federal Bureau of Investigation (member)

Society of Motion Picture and Television Engineers (member)

SPIE [formerly known as The International Society for Optical Engineering] (member)

### Miscellaneous

Full-field, TOP SECRET clearance (1970-2004).

Reviewer/limited contributor for a number of legal papers and books, including the second and third editions of Scientific Evidence by Paul C. Giannelli and Edward J. Imwinkelried.

Coauthor of the peer-reviewed, unpublished white paper: Koenig, Bruce E.; Lacey, Douglas S. Distinctiveness of Non-Standard VHS Head Parameters (© 2007, BEK TEK LLC). http://www.bektekllc.com/VHS_head_parameters.zip

### Scientific Publications (partial listing)

Have authored/co-authored over 30 peer-reviewed, scientific journal articles, including:

Lacey, Douglas S.; Koenig, Bruce E. Identification of an Eccentricity in the Date/Time Metadata of a PAL MiniDV Recording. Peer reviewed; submitted to the *Journal of Forensic Sciences* on July 10, 2007 for their peer review and publication consideration. On February 10, 2008, accepted for publication as a case report, with a tentative issue date of September 2008.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A. A Digital System for Imaging Bitter Patterns. Submitted to the *Journal of Forensic Identification* on May 21, 2007 for their peer review and publication consideration. On August 21, 2007, accepted for publication with an issue date of March/April 2008.

Koenig, Bruce E.; Lacey, Douglas S. Audio Record and Playback Characteristics of Small Solid-State Recorders. *Journal of Forensic Identification* **2007**, 57(4), pp 582-598.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A. Forensic Enhancement of Digital Audio Recordings. *Journal of the Audio Engineering Society* **2007**, 55(5), pp 352-371.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, Noel. Video and Audio Characteristics in VHS Over-Recordings. *Forensic Science Communications* **2006**, 8(3). www.fbi.gov/hq/lab/fsc/backissu/july2006/technical/2006_07_technical01.htm

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A. Analysis of the Radio Shack Micro-30 and the Olympus Pearlcorder S950 Time Code. *Journal of Forensic Identification* **2004**, 54(4), pp 442-451. Authors' Response to Letter. *Journal of Forensic Identification* **2004**, 54(6), pp 629-632.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, Noel. Equipping the Modern Audio-Video Forensic Laboratory. *Forensic Science Communications* **2003**, 5(2). www.fbi.gov/hq/lab/fsc/backissu/april2003/index.htm.

Koenig, Bruce E.; Hoffman, Shawn M.; Nakasone, Hirotaka; Beck, Steven D. Signal Convolution of Recorded Free-Field Gunshot Sounds. *Journal of the Audio Engineering Society* **1998**, 46(7/8), pp 634-653.

Merrill, Steven B.; Koenig, Bruce E. Analysis of Hang-up Transients for the Same Model Telephone. *Journal of Forensic Identification* **1996**, 46(3), pp 294-321.

Koenig, Bruce E.; Merrill, Steven B. Determination of the Frequency Characteristics of Filters. *Journal of Forensic Identification* **1995**, 45(1), pp 51-68.

## Publications (partial listing - continued)

Koenig, Bruce E. Selected Topics in Forensic Voice Identification. *Crime Laboratory Digest* **1993**, 20(4), pp 78-81. Reprinted in *Methods and Metrics of Voice Communications* **1996**; B. G. Kanki; O. V. Prinzo, eds; Federal Aviation Administration, DOT/FAA/AM-96/10.

Koenig, Bruce E. Frequency Measurement of Alternating Current. *Journal of Forensic Identification* **1992**, 42(5), pp 408-411.

Koenig, Bruce E. Reel Periodicity Determinations in Authenticity Examinations. *Journal of Forensic Identification* **1992**, 42(3), pp 237-247.

Koenig, Bruce E. Serial Time Code Analysis in Authenticity Determinations. *Journal of Forensic Identification* **1991**, 41(3), pp 179-189.

Koenig, Bruce E. Tape Duplication Determination in Authenticity Examinations through Analysis of AC Frequencies. *Crime Laboratory Digest* **1990**, 17(4), pp 78-81.

Koenig, Bruce E. Authentication of Forensic Audio Recordings. *Journal of the Audio Engineering Society* **1990**, 38(1/2), pp 3-33.

Wallace, Albert Jr.; Koenig, Bruce E. An Introduction to Single Channel FFT Analysis. *Crime Laboratory Digest* **1989**, 16(2), pp 33-39.

Koenig, Bruce E. Enhancement of Forensic Audio Recordings. *Journal of the Audio Engineering Society* **1988**, 36(11), pp 884-894. Reprinted in *Methods and Metrics of Voice Communications* **1996**; B. G. Kanki; O. V. Prinzo, eds; Federal Aviation Administration, DOT/FAA/AM-96/10.

Koenig, Bruce E. Tape Recorder Azimuth Misalignment. *Crime Laboratory Digest* **1988**, 15(2), pp 44-54.

Koenig, Bruce E.; Kohus, Barbara A. Measurement of Recorder Speed Changes in Authenticity Examinations. *Crime Laboratory Digest* **1987**, 14(4), pp 139-152.

Koenig, Bruce E.; Ritenour, Donald V. Jr.; Kohus, Barbara A.; Kelly, Artese Savoy. Reply to 'Some Fundamental Considerations Regarding Voice Identification.' *Journal of the Acoustical Society of America* **1987**, 82, pp 688-689.

Koenig, Bruce E. Making Effective Forensic Audio Tape Recordings. *FBI Law Enforcement Bulletin* **1987**, 56(5), pp 10-18.

Koenig, Bruce E. Spectrographic Voice Identification. *Crime Laboratory Digest* **1986**, 13(4), pp 105-118.

## Publications (partial listing - continued)

Koenig, Bruce E. Spectrographic Voice Identification: A Forensic Survey. *Journal of the Acoustical Society of America* **1986**, 79, pp 2088-2090.

Koenig, Bruce E. Acoustic Gunshot Analysis - The Kennedy Assassination and Beyond. *FBI Law Enforcement Bulletin* **1983**, 52(11), pp 1-9 and 52(12), pp 1-9. Reprinted in the *International Criminal Police Review* **1985**, 40(384), pp 2-11 and 40(385), pp 43-53.

Koenig, Bruce E. Overview of the Federal Bureau of Investigation's Technical Analyses of Forensic Tape Recordings, Particularly in Aviation Related Investigations. The Seventeenth Annual Air Law Symposium. *Journal of Air Law and Commerce* **1983**, pp 223-227.

Koenig, Bruce E., et al. Review Requested by the Department of Justice of the Acoustical Reports Published by the House Select Committee on Assassinations. U.S. Department of Justice, Washington, D.C. **1980**.

Updated 2/15/2008

# BEK TEK LLC

## Audio/Video Forensic Consultants

Bruce E. Koenig
Douglas S. Lacey
Steven A. Killion

Tel (703) 631-7099
Fax (703) 266-4461
BEKTEK@cox.net

## CURRICULUM VITAE OF DOUGLAS S. LACEY

### Professional Positions

October 1999 – Present    BEK TEK LLC, Clifton, Virginia.  Private consultant, examiner, and researcher.  Conducts forensic examinations of audio and video media (analog and digital), including authentication of recordings, intelligibility enhancement, identification/classification of voice and non-voice signals, digital data retrieval/analysis, and other related examinations.  Presents expert testimony and assists attorneys with preparing for cross-examination of opposing experts.  Evaluates appropriate recording and analysis equipment.  Conducts research in forensic audio and video related fields.

September 1996 – June 2003    Electronics Engineer / Forensic Examiner, Forensic Laboratory, Federal Bureau of Investigation (FBI), Quantico, Virginia.  Conducted examinations of audio recordings produced or collected by federal, state, local, and foreign law enforcement and judicial agencies.    These examinations included authentication of recordings, intelligibility enhancement, identification and classification of voice and non-voice signals, digital data retrieval/analysis, and other related examinations.  Additional duties included the presentation of expert testimony in criminal matters, support to FBI field offices and other law enforcement agencies regarding technical assistance pertaining to audio recordings, and training of FBI personnel in the analysis of proprietary digital recording devices.

### Formal Education

Bachelor of Science Degree, University of Miami, major of Electrical Engineering (Audio Engineering Program)

Additional undergraduate courses at the University of Florida.

EXHIBIT "F"

## Work and Testimony Experience

Has conducted examinations on over 2,400 separate audio and video recordings in over 500 criminal, civil, and administrative matters, which include submissions from 45 states, the District of Columbia, Canada, Chile, Italy, Puerto Rico, Singapore, and the United Kingdom.

Has testified as an expert in the fields of audio intelligibility enhancement, audio authenticity, and signal analysis in federal and state courts in New York, North Carolina, Oregon, Pennsylvania, Texas, Virginia, Washington, D.C., and in front of the Ukrainian Parliament.

Has given presentations on various topics to the American Academy of Forensic Sciences ("Analysis of MiniDV Recording Date/Time Information"), the Scientific Working Group on Digital Evidence (SWGDE) (overview of forensic audio enhancement tools), the Audio Engineering Society (AES) Washington DC Section ("Considerations for the Forensic Authentication of Digital Audio Recordings"), the AES chapter at the University of Miami (overview of forensic audio field), and the National Technical Investigators Association (NATIA) ("Authentication of Forensic Audio Recordings:   Practices and Considerations"), as well as to FBI and Department of Justice personnel.

Has conducted forensic examinations in numerous significant investigations, including:  the data recovery and intelligibility enhancement of the cockpit voice recording from United Airlines Flight 93, which crashed in Shanksville, PA on September 11, 2001; the authenticity analysis of the Linda Tripp/Monica Lewinsky telephone recordings involving the investigation of President William J. Clinton; the analysis of digital recordings related to the Washington D.C.-area sniper shootings; the authenticity examination of digital audio recordings from the office of former Ukrainian President Leonid Kuchma; the audio and image enhancement analyses plus transcription preparation in the Duke University Lacrosse Team case; the authenticity examination of recordings surrounding the Texaco obstruction of justice investigation; and the authenticity examination of a recording related to the Abner Louima police brutality investigation.

## Specialized Short Courses and Professional Training

*ABCs of Video & Digital Technology*, presented by the Sony Training Institute, in Lanham, MD

*Advanced Forensic Audio Processing Techniques*, presented by Digital Audio Corporation, Inc., in Raleigh, NC

*FBIRD Training,* presented by Adaptive Digital Systems, Inc., in Quantico, VA

*FBIRD Training (Personalized Instruction),* presented by Adaptive Digital Systems Inc., in Irvine, CA

**Specialized Short Courses and Professional Training (cont.)**

*Fast Fourier Analysis*, presented by Signal Processing Systems, in San Diego, CA

*File Systems Revealed*, presented by X-Ways Software Technology AG, in Seattle, WA

*Forensic Audio Filtering and Tape Enhancement*, presented by Digital Audio Corporation, Inc., in Quantico, VA

*Forensic Image and Video Processing*, presented at the American Academy of Forensic Sciences, in San Antonio, TX

*New Professional Core Curriculum Training Program, Phases I and II*, presented by the Federal Bureau of Investigation, in Quantico, VA

*Principles of Acoustics and the Measurement of Sound*, presented by Brüel & Kjær, in Livonia, MI

*Principles of Vibration Measurement and Analysis*, presented by Brüel & Kjær, in Livonia, MI

*R-DAT Format Training*, presented by Sony Corporation, in Quantico, VA

*Spectrum Analysis of Sound & Vibration*, presented by Brüel & Kjær, in Livonia, MI

*Technical Recovery of Electronic Evidence*, presented by Computer Security Institute, in Rancho Cucamonga, CA

*Video Analyst System Training*, presented by Intergraph, in Huntsville, AL

*X-Ways Forensics*, presented by X-ways Software Technology AG, in Seattle, WA

**Professional Associations and Seminars**

American Academy of Forensic Sciences (Associate Member, Engineering Sciences)

Audio Engineering Society (member)

International Association for Identification (member)

National Technical Investigators Association (NATIA) (former member)

Have attended seminars and conventions of the Audio Engineering Society, the International Association for Identification, the American Academy of Forensic Sciences, the National Technical Investigators Association (NATIA), and a regional meeting of the Acoustical Society of America.

## Peer-Reviewed Publications

Lacey, Douglas S.; Koenig, Bruce E.  Identification of an Eccentricity in the Date/Time Metadata of a PAL MiniDV Recording.  Submitted to the *Journal of Forensic Sciences* on July 10, 2007 for their peer review and publication consideration.  On February 10, 2008, accepted for publication as a Case Report, with a tentative issue date of September 2008.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A.  A Digital System for Imaging Bitter Patterns.  Submitted to the *Journal of Forensic Identification* on May 21, 2007 for their peer review and publication consideration.  On August 21, 2007, accepted for publication with a tentative issue date of March/April 2008.

Koenig, Bruce E.; Lacey, Douglas S.  Audio Record and Playback Characteristics of Small Solid-State Recorders.  *Journal of Forensic Identification* **2007**, 57(4), pp 582-598.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, Steven A.  Forensic Enhancement of Digital Audio Recordings.  *Journal of the Audio Engineering Society* **2007**, 55(5), pp 352-371.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, N.  Video and Audio Characteristics in VHS Over-Recordings.  *Forensic Science Communications* **2006**, 8(3). http://www.fbi.gov/hq/lab/fsc/backissu/july2006/technical/2006_07_technical01.htm

Lacey, D. S.  Burning Digital Audio Files to Standard Audio Compact Discs: More Than Drag and Drop.  *NATIA News*.  Summer 2005.

Koenig, Bruce E.; Lacey, Douglas S.; Killion, S. A.  Analysis of the Radio Shack Micro-30 and the Olympus Pearlcorder S950 Time Code.  *Journal of Forensic Identification* **2004**, 54(4), pp 442-451. Authors' Response to Letter.  *Journal of Forensic Identification* **2004**, 54(6), pp 629-632.

Koenig, Bruce E.; Lacey, Douglas S.; Herold, Noel.  Equipping the Modern Audio-Video Forensic Laboratory.  *Forensic Science Communications* **2003**, 5(2). http://www.fbi.gov/hq/lab/fsc/backissu/april2003/lacey.htm

## Other Authored Document

Koenig, Bruce E.; Lacey, Douglas S.  Distinctiveness of Non-Standard VHS Head Parameters. Peer-reviewed, unpublished white paper (© 2007, BEK TEK LLC). http://www.bektekllc.com/VHS_head_parameters.zip

## Testimony

1. 05/13-14/01; Philadelphia, PA; Hearing in Federal District Court (audio enhancement) [Case # CR 01-88];
2. 10/07/01; Houston, TX; Hearing in District Court (audio enhancement) [Case # 0845174];
3. 10/09/01; Houston, TX; Criminal Trial in District Court (audio enhancement) [Case # 0845174];
4. 02/04/05; New York, NY; Deposition (audio enhancement) [Case # 99-CV-862-K(J), US District Court for the Northern District of Oklahoma];
5. 02/23/05; Roanoke, VA; Hearing in District Court (audio authenticity) [Case # 7:03CR00049-4];
6. 10/11/05; Portland, OR; Criminal Trial in Circuit Court (audio authenticity) [Case # 9906-34654];
7. 11/04/05; High Point, NC; Criminal Trial in Superior Court (audio enhancement) [Case # 05-CRS-23105];
8. 09/15/06; Kiev, Ukraine; Hearing in front of the Ukrainian Parliament (audio authenticity);
9. 01/08/07; Washington, D.C.; Daubert hearing in Criminal Trial in Federal District Court (audio enhancement and signal analysis) [Case # 05-CR-00151];
10. 09/05/07; Kingwood, WV; Criminal Trial in Circuit Court (signal analysis and audio enhancement) [Case # 07-F-5];
11. 09/13/07; New York, NY; Deposition (audio authenticity) [Case # 06-CV-1944, US District Court for the Eastern District of Pennsylvania];
12. 09/27/07; Tucson, AZ; Criminal Trial in Superior Court (video enhancement) [Case # CR-20063636; testified via telephone from Clifton, VA]; and
13. 12/13/07; Yorktown, VA; Hearing in Circuit Court (audio authenticity) [Case # CR06R38229-01].

## Miscellaneous

Full-field, TOP SECRET clearance (1996-2003).

Subj:    **Estimate for preliminary audio/video analysis**
Date:    2/29/2008 9:32:26 AM Central Standard Time
From:
To:

Tom:

Reference is made to our telephone conversation earlier this morning.

Based on our discussion, your client wishes to have the following recordings analyzed:

- Three (3) video recordings having durations of approximately 2 hours 20 minutes, 50 minutes, and 3 hours 45 minutes (total duration of 6 hours 55 minutes);

- Three (3) telephonic audio recordings (on one disc) having durations of 1 hour 48 minutes, 1 hour 16 minutes, and 10 minutes (total duration of 3 hours 14 minutes); and

- An alleged 2 hour 10 minute audio recording on a disc that will not play back properly.

The total duration of all of the recordings is over 12 hours.

In order to analyze ONLY the specific areas of the copies which your client has identified as having been altered and provide a preliminary report as necessary, I estimate that 24 hours @ $200/hour (plus shipping expenses) are needed, or $4,800 (plus shipping expenses). This analysis would not entail a complete review of the recordings in their entirety, but will focus on only those areas designated by your client, a list of which would need to be provided along with the recordings themselves. This estimate does not include any time associated with travel or testimony, which would be billed at the same rate ($200/hour).

As I stated on the phone, audio/video recordings cannot be scientifically authenticated through the analysis of copies; access to the original recordings (and recording equipment, if possible) is required in order for conclusive results to be obtained. Simply put, there could be discontinuities or alterations on a copy but not on the corresponding original recording.

Without knowing the formats of the original video and audio recordings, it is not possible at this time to provide an accurate estimate for complete authenticity analyses of the original recordings. However, it would be considerably higher than the estimate for the preliminary analyses above. As a guideline, audio authenticity tends to take between 15 and 25 hours per recording, and video authenticity can run anywhere from 30 to 50 hours per recording, depending on length, format, number of record events, etc.

If you have any questions or require clarification, please do not hesitate to contact our office.

Doug Lacey
BEK TEK LLC
(703) 631-7099

PRIVILEGED AND CONFIDENTIAL COMMUNICATION: The information contained in this email is privileged and confidential and is intended only for the use of the individual(s) identified above and others who specifically have been authorized to receive it. If the reader of this message is not the intended recipient, you are hereby notified that reading, using, disseminating, distributing or copying this email is strictly prohibited. If you have received this communication in error, please contact BEK TEK LLC at (703) 631-7099. Thank you.

EXHIBIT "G"

## **CERTIFICATE OF SERVICE**

I, Thomas A. Dreyer, Esquire, attorney for Willie Brown, hereby certify that I

served a true and correct copy of the within Amended Ex Parte Motion For Leave to Hire

Recording Authentification upon the person named below on the date listed below by fax:

        Douglas S. Lacey
        BEK TEK LLC
        12115 Sangsters Court
        Clifton, VA  20124-1947
        703-266-4461

                                     Thomas A. Dreyer, Esquire

Dated:  3/3/08

# THOMAS A. DREYER

ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA  19317
610-358-4454
FAX-610-459-9206

March 3, 2008

Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Room 4324
Lockbox 19
Wilmington, DE  19801-3570

> **Re:    United States v. Willie Brown**
> **Criminal Action No. 06-50-GMS**

Dear Chief Judge Sleet:

Enclosed find Mr. Brown's Amended Ex Parte Motion For Leave to Hire a Recording Authentification Expert in the referenced case.

BEK TEK LLC had reduced its fee from $10,000.00 to $4,800.00.

Prior to contacting BEK TEK, I called Tom Owen of Owl Investigations in New Jersey.  He quoted a flat fee of $4,500.00 per tape; this would have cost $22,500.00.  In addition, he did not offer any discount for court-appointed work.  I knew that the Court would never authorize this kind of money.  I then called BEK TEK.  It offers a discount from $250.00 per hour to $200.00 per hour for court-appointed work

Thank you.

Respectfully yours,

Thomas A. Dreyer

Thomas A. Dreyer

cc.   Willie Brown
Douglas S. Lacey