IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| | **SEALED** |
| v. | : Criminal No. 06-50-1 GMS |
| WILLIE BROWN | : |
| Defendant | : |

### ORDER

WHEREAS, presently before the court is Defendant's Ex Parte Motion for Leave to Hire a Recording Authentification Expert (D.I. 227); and

WHEREAS, the defendant avers that the reason for the request is "that the Government has tampered with and/or altered in material ways three" video and two audio tapes created "during the investigation of Defendant"; and

WHEREAS, the defendant made only a conclusory statement "that the services are necessary," and offered not even a scintilla of evidence to support this averment; and

WHEREAS, the request of the defendant exceeds by almost ten times the amount of money that may be authorized for investigative, expert, or other services.

NOW THEREFORE, IT IS HEREBY ORDERED that:

The defendant's Motion for Leave to Hire a Recording Authentification Expert, is **DENIED**.

_Feb 27, 2008_
DATE:

CHIEF UNITED STATES DISTRICT JUDGE