IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal No. 06-50 GMS |
| WILLIE BROWN, | : | |
| Defendant. | : | |

### ORDER

WHEREAS presently before the court is Defendant's Ex Parte Motion for Leave to Hire a Recording Authentification Expert (D.I. 227), later amended (D.I. 230);

WHEREAS the court has considered the defendant's submissions;

WHEREAS the court had ordered the motion sealed (D.I. 228); and

WHEREAS the defendant does not oppose unsealing the motion and its amendment;

IT IS HEREBY ORDERED that:

1. The defendant's Motion for Leave to Hire a Recording Authentication Expert, its amendment, and the Order relative to said motion (D.I. 227, 228, 230) are unsealed; and

2. Defense counsel may retain the services of BEK TEK LLC as a recording authentification expert in this case up to fees and expenses of $1600.

Dated: March 17, 2008

CHIEF UNITED STATES DISTRICT JUDGE

FILED
MAR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE