# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-50-GMS |
| WILLIE BROWN, et al., : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO SET TELEPHONE CONFERENCE

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. The present case is scheduled for a five-day jury trial beginning on May 5, 2008.

2. In preparation for trial, on November 7, 2007, the Government filed a Motion to Admit Audio and Video Recordings. (D.I. 211).

3. In that pre-trial motion, the Government requested that the Court admit certain audio and video recordings into evidence. (D.I. 211 ¶ 4). The Government further requested that if the defendant had any objections to any of the video recordings, audio recordings, or transcripts thereof, that he make those objections in writing so that the Court may schedule an appropriate hearing prior to the trial. (D.I. 211 ¶ 4).

4. In his Amended Ex Parte Motion for Leave to Hire a Recording Authentication Expert (D.I. 230), the defendant applied for funding to obtain expert testimony to challenge the authenticity of some of the Government's audio and video recordings. (D.I. 230 ¶¶

1-7).

     5.     The Government respectfully requests that the Court set a date for a telephone conference in this matter to schedule a hearing to address these objections prior to trial.

     WHEREFORE, for the aforementioned reasons, the Government respectfully requests that the Court grant its Motion for a Telephone Conference. A proposed Order is attached.

     Respectfully submitted,

     COLM F. CONNOLLY
     United States Attorney


By:    /s/ Shawn A. Weede
     Shawn A. Weede
     Assistant United States Attorney


Dated:     March 25, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-50-GMS |
| WILLIE BROWN, et al., | : | |
| Defendant. | : | |

## ORDER

Having considered the Government's Motion for a Telephone Conference, **IT IS HEREBY ORDERED** that a telephone conference is set for the ____ of _____ 2008, at _____ a.m./p.m.

The Honorable Gregory M. Sleet<br>
Chief United States District Judge

Dated: