## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-50-GMS |
| WILLIE BROWN, et al., | : |
| Defendant. | : |

## ORDER

Having considered the Government's Motion for a Telephone Conference, **IT IS HEREBY**

**ORDERED** that a ~~telephone~~ conference is set for the 22nd of April 2008, at 9:30 AM/~~p.m.~~

The Honorable Gregory M. Sleet
Chief United States District Judge

Dated: April 2, 2008

FILED

APR - 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE