

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-1- GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

**DEFENDANT'S MOTION FOR PAYMENT OF**
**RECORDING AUTHENTIFICATION EXPERT**

**NOW COMES** Defendant Willie Brown, by his attorney, Thomas A. Dreyer, Esquire, and moves the Court for payment of his recording authentification expert as follows:

1. Defendant is charged with one count of Conspiracy to distribute cocaine base in violation of 21 U.S.C. Section 846 and four counts of Distribution of cocaine base in violation 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. Section 2.

2. On November 15, 2007, Mr. Dreyer was appointed to represent Defendant.

2. On March 3, 2007, Mr. Dreyer filed an Amended Motion for Leave to Hire a Recording Authentification Expert on behalf of Defendant.

4. On March 17, 2007, the Court granted Mr. Dreyer leave to hire BEK TEK LLC as the recording authentification expert for Defendant and placed a cap of $1,600.00 on the expert's fees and expenses. See the true and correct copy of the Order which is attached hereto and incorporated by reference herein as Exhibit "A".

5. BEK TEK LLC rendered services to Defendant between March 22, 2008 and April 8, 2008. See the original Invoice which is attached hereto and incorporated by reference herein as Exhibit "B".

2008 APR 22 AM 9:21

6. BEK TEK LLC charged $1,600.00 for its services and fees. See Exhibit "B".

**WHEREFORE**, Defendant requests that the Court grant his motion for payment of the defense expert.

Thomas A. Dreyer, Esquire
6 Dickinson Drive
Building 100 – Suite 106
Chadds Ford, PA 19317
610-358-4454
Attorney for Willie Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

Plaintiff, :

v. : Criminal No. 06-50 GMS

WILLIE BROWN, :

Defendant. :

**ORDER**

WHEREAS presently before the court is Defendant's Ex Parte Motion for Leave to Hire a Recording Authentification Expert (D.I. 227), later amended (D.I. 230);

WHEREAS the court has considered the defendant's submissions;

WHEREAS the court had ordered the motion sealed (D.I. 228); and

WHEREAS the defendant does not oppose unsealing the motion and its amendment;

IT IS HEREBY ORDERED that:

1. The defendant's Motion for Leave to Hire a Recording Authentication Expert, its amendment, and the Order relative to said motion (D.I. 227, 228, 230) are unsealed; and
2. Defense counsel may retain the services of BEK TEK LLC as a recording authentification expert in this case up to fees and expenses of $1600.

Dated: March 17, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
MAR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

EXHIBIT "A"

BEK TEK LLC
12115 SANGSTERS COURT
CLIFTON, VA 20124-1947
(703)631-7099; FAX (703)266-4461
FED ID#54-1773324; DUNS#838918423

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/16/2008 | 1466 |

**BILL TO**

Thomas A. Dreyer, Esq.
Attorney at Law
Building 100 - Suite 106
6 Dickinson Drive
Chadds Ford, PA 19317

| REFERENCE | TERMS | LAB/P.O. NO. |
|---|---|---|
| | Net 30 | 0803220 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/22/2008 | Mark and describe the five compact discs/DVDs received from your office (designated as specimens Qc1 through Qc5 by BEK TEK LLC). | 0.2 | 198.15 | 39.63 |
| 3/30/2008 | Hash specimen Qc2; digital data image of specimen Qc2; harsh image; export wavefile; preliminary aural review and on-screen waveform analyses of portions of specimen Qc2 noting obvious discontinuities, dropouts, etc. and general characteristics; run statistical analyses on the wavefile to quantify DC offset; hash specimen Qc4; digital data image of specimen Qc4; harsh image; export three wavefiles; preliminary aural review and on-screen waveform analyses of portions of the three wavefiles on specimen Qc4 noting obvious discontinuities, dropouts, etc. and general characteristics; run statistical analyses on the wavefile to quantify DC offset. | 2.5 | 200.00 | 500.00 |
| 4/1/2008 | Preliminary aural/visual review of specimens Qc1, Qc3, and Qc5 (all video DVDs); recorded beginning and end, plus designated portions, of specimens Qc1, Qc3, and Qc5; calculate timing differentials between on-screen times and times within specimens Qc1, Qc3, and Qc5; more detailed analyses of specimen Qc5; leave a voicemail message for Attorney Dreyer. | 2.4 | 200.00 | 480.00 |
| 4/2/2008 | Telephone conversation with Attorney Dreyer regarding the results of the preliminary examinations of specimens Qc1 through Qc5. | 0.2 | 0.00 | 0.00 |
| | EXHIBIT "B" | | | |

Thank you for your business.

**Total**

BEK TEK LLC
12115 SANGSTERS COURT
CLIFTON, VA 20124-1947
(703)631-7099; FAX (703)266-4461
FED ID#54-1773324; DUNS#838918423

# Invoice

| DATE | INVOICE NO. |
| --- | --- |
| 4/16/2008 | 1466 |

| BILL TO |
| --- |
| Thomas A. Dreyer, Esq.<br>Attorney at Law<br>Building 100 - Suite 106<br>6 Dickinson Drive<br>Chadds Ford, PA 19317 |

| REFERENCE | TERMS | LAB/P.O. NO. |
| --- | --- | --- |
| | Net 30 | 0803220 |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 4/8/2008 | Draft the laboratory report; email draft report to Attorney Dreyer; leave a voicemail message for Attorney Dreyer; telephone conversations with Attorney Dreyer regarding the report; prepare a cover, package evidence, and deliver to the local FedEx office for shipment to your office. | 2.8 | 200.00 | 560.00 |
| 4/8/2008 | FedEx charge to forward the evidence to your office via Standard Overnight Service (copy of receipt attached). | | 20.37 | 20.37 |
| | [signature] 4/16/2008 | | | |

Thank you for your business.

**Total** **$1,600.00**



# Transaction Details

| | |
|---|---|
| **Account Number** | 54**-****-****-3153 |
| **Merchant Name** | FEDEX SHP 04/08/08 AB# 798-415482210TN |
| **Merchant Phone Number** | Not Available |
| **Merchant Description** | Services - Courier Air/Ground |
| **Transaction Date** | Apr 11, 2008 |
| **Post Date** | Apr 11, 2008 |
| **Transaction Amount** | $20.37 |

Copyright © 2008, USAA.

Form **W-9** (Rev. November 2005) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give form to the requester. Do not send to the IRS.**

Print or type — See Specific Instructions on page 2.

Name (as shown on your income tax return)
BRUCE E. KOENIG

Business name, if different from above
BEK TEK LLC

Check appropriate box: ☑ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ▶ ................ ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
12115 SANGSTERS COURT

Requester's name and address (optional)

City, state, and ZIP code
CLIFTON, VA 20124-1947

List account number(s) here (optional)

**Part I** Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ___ - __ - ____

or

Employer identification number: 54-1773324

**Part II** Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 4/16/2008

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-1-GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

**ORDER**

**AND NOW**, this day of , 2008, **it is hereby ORDERED** that Defendant's Motion for Payment of Recording Authentification Expert is **GRANTED** and that payment of $1,600.00 to BEK TEK LLC, 12115 Sangsters Court, Clifton, VA 20124-1947 (E.I.N. 54-1773324) for the services rendered by BEK TEK LLC to Defendant shall be made forthwith.

**BY THE COURT:**

______________________________

**GREGORY M. SLEET, C.J.**

2008 APR 22 AM 9:26
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE