

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-1-GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

### ORDER

AND NOW, this 23rd day of April, 2008, **it is hereby ORDERED** that Defendant's Motion for Payment of Recording Authentification Expert is **GRANTED** and that payment of $1,600.00 to BEK TEK LLC, 12115 Sangsters Court, Clifton, VA 20124-1947 (E.I.N. 54-1773324) for the services rendered by BEK TEK LLC to Defendant shall be made forthwith.

BY THE COURT:

GREGORY M. SLEET,    C.J.

FILED
APR 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 APR 22 AM 9:26
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned-