IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-50-GMS |
| ) | |
| WILLIE BROWN, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Douglas E. McCann as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney David L. Hall.

    /s/ David L. Hall
David L. Hall
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
david.l.hall@usdoj.gov

Dated: April 25, 2008