

*U.S. Department of Justice*

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 N. Orange Street, Suite 700*     *(302) 573-6277*
*P.O. Box 2046*                         *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*

April 29, 2008

**VIA ECF**

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

      **Re:  United States v. Willie Brown**
            **Criminal Action No.  06-50-GMS**

Dear Judge Sleet:

      The government anticipates calling the following witnesses in its case-in-chief at trial:

Special Agent Jonathan J. Stewart, Drug Enforcement Administration ("DEA")
Special Agent Jeffrey Dunn, DEA
Task Force Officer Jason Pires, DEA
Trooper Dan Wright, Delaware State Police ("DSP")
Detective David Ellingsworth, DSP
Betty J. Bleivik, Senior Forensic Chemist
Craig Durham
Mark Tatman

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                BY:   Shawn A. Weede
                                      Shawn A. Weede
                                      Assistant United States Attorney

.