IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-50-GMS |
| | : | |
| vs. | : | |
| | : | |
| WILLIE BROWN | : | |

## ORDER

**AND NOW**, this  2 ~M  day of  May  , 2008, the Court

having been advised that Thomas A. Dreyer, Esquire needs additional time to obtain transcripts

of four audiotapes in order to be properly prepared for trial in the captioned matter and the Court

finding that this reason causes the ends of justice served by granting the requested continuance to

outweigh the best interest of the public and Defendant in a speedy trial, **it is hereby ORDERED**

pursuant to 18 U.S.C. Section 3161(h)(8)(A) that Defendant's Motion for Trial Continuance is

**GRANTED**; that the trial date shall be continued from May 5, 2008 to  July 7, 2002

at 9:30 a.m; and that the time between the date of the filing of said motion and the

new trial date assigned by the Court shall be excluded pursuant to the Speedy Trial Act, 18

U.S.C. Section 3161(h)(1).

GREGORY M. SLEET,           J.

FILED

MAY - 2 2008

U.S DISTRICT COURT
DISTRICT OF DELAWARE