# THOMAS A. DREYER
ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA 19317
610-358-4454
FAX-610-459-9206

June 12, 2008

Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Room 4324
Lockbox 19
Wilmington, DE 19801-3570

    Re:    **United States v. Willie Brown**
              **Criminal Action No. 06-50-GMS**

Dear Chief Judge Sleet:

    The jury trial in the referenced case is scheduled for July 7, 2008.

    The purposes of this letter are to apprise the Court of a potential problem with the trial date and to request the scheduling of a telephone conference call for the afternoon of June 30 or any time on July1.

    As you will recall, I advised Your Honor and Mr. Weede on May 2 that I will be on vacation from June 14 to June 28.

    As Your Honor will also recall, the trial was continued on May 2 from May 5 to July 7 at Mr. Brown's request so that transcripts of four Government recordings (N-15, N-17, N-43 and N-46) could been produced. I received copies of these transcripts from Mr. Weede on June 3 and personally delivered two copies of them to Mr. Brown at Salem County Correctional Facility on June 4. I asked Mr. Brown to compare the transcripts with the recordings, to delete those portions of the transcripts which he were not necessary for use at trial, and to return to me one copy of the transcripts containing his deletions.

    Enclosed find a copy of the response which was received from Mr. Brown yesterday. (It is incorrectly dated May 8; the envelope is postmarked June 10 and I received it on June 12.)

Honorable Gregory M. Sleet
June 13, 2008
Page Two

      I advised Mr. Weede of this letter yesterday.

      I was unable to arrange a telephone call to Mr. Brown at the prison yesterday or today. I therefore sent him a letter requesting a timely response to the following question:

      Does he want to go to trial on July 7 with the Government transcripts or does he want me to request another trial continuance and your permission to have an independent company transcribe the four recordings? I hope to have this response when I return from vacation.

      Thank you.

      Respectfully yours,

      *[signature]*

      Thomas A. Dreyer

    cc.  Willie Brown
          Shawn A. Weede

Rec'd 6/12/08

Mr. Dreyer, I'm writing you concerning the transcipts you gave me on May, 4, 08. I have reviewed them and was not happy. They are not Fixable. Important issues have been leftout, conversations are worded wrong. I'm not gonna patch up their mistake. I want something Filed with the Judge as soon as possible about this matter. I wanna go to trial next month but we need correct transcipt. We need to have the person you have in mind to do the transcipts correctly. The Judge orderd the government to do the job but it's not acceptable. I also want you to double check the other transcipts they plain to use at trial. I expect to have a copy of what you send to the judge by the end of the week. So that I will know that it is handled if not I will write it up myself everyday until I get a respond. You contact them and let them know we're going to the Judge. Thanks and hope to be hearing from you soon.

May 8, 2008

Willie Brown

Willie Brown