

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 N. Orange Street, Suite 700*   *(302) 573-6277*
*P.O. Box 2046*                       *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*

July 3, 2008

**VIA ECF**

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    **Re:  United States v. Willie Brown**
         **Criminal Action No.  06-50-GMS**

Dear Judge Sleet:

    The government anticipates calling the following witnesses in its case-in-chief at trial:

Special Agent Jonathan J. Stewart, Drug Enforcement Administration ("DEA")
Special Agent Jeffrey Dunn, DEA
Task Force Officer Jason Pires, DEA
Trooper Dan Wright, Delaware State Police ("DSP")
Detective Michael Calloway, DSP
Betty J. Bleivik, Senior Forensic Chemist
Craig Durham
Mark Tatman

                             Respectfully submitted,

                             COLM F. CONNOLLY
                             United States Attorney

                     BY:   Shawn A. Weede
                           Shawn A. Weede
                           Assistant United States Attorney

.