# THOMAS A. DREYER
ATTORNEY AT LAW

CHADDS FORD PROFESSIONAL CENTER
6 DICKINSON DRIVE
BUILDING 100 – SUITE 106
CHADDS FORD, PENNSYLVANIA 19317
610-358-4454
FAX-610-459-9206

July 4, 2008


Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Room 4324
Lockbox 19
Wilmington, DE 19801-3570


        Re:    United States v. Willie Brown
                   Criminal Action No. 06-50-GMS


Dear Chief Judge Sleet:

      Please be advised that Mr. Brown informed me yesterday that he intends to proceed *pro se* at the trial commencing on July 7, 2008.

      Thank you.

      Respectfully yours,


      Thomas A. Dreyer


      cc.  Shawn A. Weede

Case 1:06-cr-00050-GMS    Document 246    Filed 07/04/2008    Page 2 of 2