IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CR.A. No. 06-50-01 GMS |
| v. | ) | |
| WILLIE BROWN | ) | |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for fourteen jurors engaged in the above entitled case on July 11, 2008.

Dated: July 11, 2008         /s/ Gregory M. Sleet
                             UNITED STATES DISTRICT CHIEF JUDGE