

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*
*1007 N. Orange Street, Suite 700*   (302) 573-6277
*P.O. Box 2046*                       FAX (302) 573-6220
*Wilmington, Delaware 19899-2046*

August 6, 2008

**VIA ECF**

The Honorable Gregory M. Sleet
Chief Judge, United States District Court
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:   **United States v. Willie Brown**
           **Criminal Action No.  06-50-GMS**

Dear Judge Sleet:

    I have spoken with Mr. Dreyer, standby counsel for the defendant in this case. Mr. Dreyer has informed me that he has spoken with Mr. Brown, and that Mr. Brown does not intend to file any post-trial motions. In light of this representation, the government respectfully requests that the Court schedule a date for sentencing.

                                   Respectfully submitted,

                                   COLM F. CONNOLLY
                                   United States Attorney

                          BY:   /s/  Shawn A. Weede
                                Shawn A. Weede
                                Assistant United States Attorney

.

cc:   Thomas A. Dreyer, Esquire (via ECF)