# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Crim. A. No. 06-50-GMS** |
| | ) |
| **WILLIE BROWN** | ) |
| | ) |
| **Defendant.** | ) |

## VERDICT FORM

### Count I

As to Count I, charging the defendant Willie Brown with conspiracy to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, during the period from in or about November 2005 through in or about April 2006, we the jury unanimously find the defendant

_____✓_____ Guilty                    _____ Not Guilty

### Count II

As to Count II, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about November 30, 2005, or aiding and abetting such distribution, we the jury unanimously find the defendant

_____✓_____ Guilty                    _____ Not Guilty

<u>Count III</u>

As to Count III, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about December 7, 2005, or aiding and abetting such distribution, we the jury unanimously find the defendant

_____ Guilty                              _____ Not Guilty

<u>Count IV</u>

As to Count IV, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about March 16, 2006, or aiding and abetting such distribution, we the jury unanimously find the defendant

___✓___ Guilty                              _____ Not Guilty

<u>Count V</u>

As to Count V, charging the defendant Willie Brown with distribution of a mixture and substance containing fifty grams or more of a mixture and substance containing a detectable amount of cocaine base on or about March 30, 2006, or aiding and abetting such distribution, we the jury unanimously find the defendant

___✓___ Guilty                              _____ Not Guilty

