IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-1 GMS |
| | : |
| WILLIE BROWN | |
| | : |

**NOTICE OF RESCHEDULING**

    IT IS HEREBY ORDERED that the sentencing hearing regarding the above captioned defendant is rescheduled to **Monday, November 24, 2008, at 10:00 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A.

    Gregory M. Sleet
    CHIEF, UNITED STATES DISTRICT JUDGE

September 4, 2008